UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D. MICHAEL BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0756(GK) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary, | ) |
| U.S. HOUSING AND | ) |
| URBAN DEVELOPMENT, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058


_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)