UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHONSO R. JACKSON,<br> Secretary Of Housing And<br> Urban Development,<br><br>   Defendant. | )<br>)<br>)<br>) C.A. No. 06-0756 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the parties' Joint Report Pursuant To Local Rule 16.3, and the entire record in this matter; it is hereby:

ORDERED that initial disclosures shall be made no later than 45 days after the Court issues an Initial Scheduling Order.

ORDERED that discovery shall commence on September 5, 2006, and end on February 2, 2007.

ORDERED that counsel for both parties are to continue working cooperatively with one another to prepare routine protective orders needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case.

ORDERED that the presumptive limits on discovery set forth in Rules 30 and 33, Fed. R. Civ. P. shall be in effect, absent agreement of the parties and/or leave of Court.

ORDERED that the proponent of an expert witness shall make its expert designations and disclosures, pursuant to F. R. Civ. P. 26(a)(2), 60 days before the close of discovery. The opponent shall make its disclosures 30 days before the close of discovery.

ORDERED that dispositive motions, if any, shall be filed no later than March 19, 2007; oppositions to dispositive motions shall be filed no later than May 2, 2007; and replies, if any, shall be filed no later than June 1, 2007.

FURTHER ORDERED that the parties shall appear for a status conference before the undersigned on February _____, 2007.

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge