UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALPHONSO R. JACKSON,<br>　Secretary Of Housing And<br>　Urban Development,<br><br>　　Defendant. | )<br>)<br>)<br>) C.A. No. 06-0756 (GK)<br>)<br>) Next Scheduled Court Deadline:<br>) Status Conference Dec. 18, 2006<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

　　Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of July 24, 2006, to allow for an additional thirty days of discovery, to continue the dispositive briefing schedule by a like amount, and to re-schedule to post-discovery status conference presently set for December 18, 2006. Specific dates are contained in the proposed Order that accompanies this Motion, to which the Court is respectfully referred.

　　Counsel for defendant has been advised of this Motion and stated that defendant consents to it.

　　The grounds in support of this Motion are as follows:

　　1.)　The Court's Scheduling Order of July 24, 2006, set December 16, 2006, as the discovery cut-off date.

　　2.)　The parties have worked cooperatively and are almost complete with written discovery.

1

3.) However, remains an issue concerning defendant's indexing of responsive documents must be resolved before plaintiff can depose defendant's management officials.

4.) The parties are working cooperatively through this issue and have every reason to believe that they will be able to resolve it without intervention by the Court.

5.) Doing so, however, will not be possible without an extension of the current discovery cut-off date and the ensuing schedule for dispositive briefing.

6.) In order to provide sufficient time to resolve this issue without intervention by the Court, and then take depositions of defendant's management officials, an amendment of the Court's Scheduling Order is respectfully sought.

WHEREFORE, and with defendant's consent, plaintiff respectfully moves the Court to amend the Scheduling Order of July 24, 2006, in the manner specified in the accompanying proposed Order.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C. 20004
(202) 955-6968
Counsel for Plaintiff

2