UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. MICHAEL BEARD,**        ) | |
| )| |
| Plaintiff,        ) | |
| )| C.A. No. 06-0756 (GK) |
| v.        ) | |
| )| |
| **ALPHONSO R. JACKSON,**        ) | |
| Secretary Of Housing And        ) | |
| Urban Development,        ) | |
| )| |
| Defendant.        ) | |
| )| |

### ORDER

Upon consideration of the Plaintiff's Consent Motion to Amend Scheduling Order, and the entire record in this matter; it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Scheduling Order of July 24, 2006, is hereby amended so that the discovery cut-off date is extended until January 15, 2007; the date for defendant to move for summary judgment is extended until February 14, 2007; the date for plaintiff to oppose summary judgment is extended until March 16, 2007; and the date for defendant to reply is extended until March 30, 2007

ORDERED that conference previously scheduled for December 18, 2006, at 10:15 am is hereby re-scheduled for January ____, 2007, at _____.

FURTHER ORDERED that in all other respects, the Court's Scheduling Order of July 24, 2006, shall remain unchanged.

SO ORDERED this \_\_\_\_ day of _____, 2006.

_____
United States District Judge