UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 06-0756 (GK)<br>)<br>)  Next Scheduled Court Deadline:<br>)  Status Conference Dec. 18, 2006<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO CORRECT MOTION TO AMEND SCHEDULING ORDER

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to correct plaintiff's earlier Consent Motion to Amend Scheduling Order and the revised Minute Order issued on December 5, 2006. Specifically, plaintiff seeks to extend the discovery-cut off by four additional days, to correct an error on the part of plaintiff's counsel.

Counsel for defendant has been advised of this Motion and given her consent.

The grounds in support of this Motion are as follows:

1.) On December 4, 2006, plaintiff moved the Court to extend the dates in the Scheduling Order of July 24, 2006, by thirty days. The purpose in doing so was to provide additional time for discovery avoid a potentially unnecessary discovery dispute, and accommodate the schedules of both parties' counsel.

2.) In so moving, counsel for plaintiff inadvertently misunderstood the discovery cut-off date proposed by defendant's counsel to be January 15, 2007. In fact, the date proposed by defendant's counsel was January 19, 2007.

1

3.)    This additional brief period of time for discovery is needed by defendant's counsel because she anticipates being in trial beginning on January 8, 2007, which will leave her unable to participate in discovery in this case during that week.

4.)    A discovery cut-off in this case of January 19, 2007, is perfectly acceptable to plaintiff and would have been the date proposed earlier by plaintiff, but for the inadvertent error on the part of plaintiff's counsel.  Counsel regrets any inconvenience he has inadvertently caused the Court or defendant.

WHEREFORE, plaintiff respectfully moves the Court to amend the Minute Order of December 5, 2006, and extend the discovery cut-off date until January 19, 2007.


Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff