**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **D. MICHAEL BEARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **C.A. No. 06-0756 (GK)** |
| v. | ) |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
| **Secretary Of Housing And** | ) |
| **Urban Development,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion to Correct Motion to Amend Scheduling Order, and the entire record in this matter; it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Scheduling Order of July 24, 2006, as amended by the Court's Minute Order of December 5, 2006, is hereby amended so that the discovery cut-off date is extended until January 19, 2007.

ORDERED that the conference previously scheduled for December 18, 2006, at 10:15 am is hereby re-scheduled for January ____, 2007, at _____.

FURTHER ORDERED that in all other respects, the Court's Scheduling Order of July 24, 2006, as amended by the Court's Minute Order of December 5, 2006, shall remain unchanged.

1

2

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge