UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 06-0756 (GK)<br>)<br>) Next Scheduled Court Deadline:<br>) Status Conference Feb. 2, 2007<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR AN ENLARGEMENT OF TIME

The parties to the above action join in respectfully moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to extend the discovery period and dispositive briefing schedule by 30 days.

The grounds in support of this Motion are as follows:

1.)   The parties have been working diligently to complete discovery according to the current schedule, which ends on January 19, 2007.

2.)   However, one of the two agency officials allegedly responsible for the actions underlying this case was recently scheduled for unanticipated surgery, which has made it impossible to complete discovery within the current period.

3.)   Accordingly, in order to provide sufficient time to take this person's deposition and to do so in advance of the deciding official's deposition, the parties respectfully join in enlarging the discovery and dispositive briefing schedule presently in place.

4.)   A proposed Order to this effect accompanies this Motion.

WHEREFORE, the parties join in moving the Court to add 30 days to schedule for discovery and briefing on summary judgment.

1

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C. 20004
(202) 955-6968
Counsel for Plaintiff[1]

---

[1] Counsel for defendant joins in this Motion and has authorized counsel for plaintiff to file it on both parties' behalf.

2