UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHONSO R. JACKSON,<br> Secretary Of Housing And<br> Urban Development,<br><br>   Defendant. | )<br>)<br>)<br>)  C.A. No. 06-0756 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Motion for an Enlargement of Time, and the entire record in this matter; it is hereby:

ORDERED that the parties' Joint Motion be, and the same hereby is, GRANTED.

ORDERED that the discovery cut-off date is hereby extended until February 19, 2007; the date for defendant to move for summary judgment is extended until March 21, 2007; the date for plaintiff to oppose summary judgment is extended until April 20, 2007; and the date for defendant to reply is extended until May 4, 2007.

ORDERED that the post-discovery conference previously scheduled for February 2, 2007, is hereby re-scheduled for _____, 2007, at _____.

2

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge