UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>ALPHONSO R. JACKSON, )<br>Secretary, U.S. Department of  )<br>Housing and Urban Development, )<br>  )<br>  Defendant. ) | Case No. 06CV00756 (GK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a motion for summary judgment. In support of this request, the defendant states as follows:

1. The defendant's dispositive motion is due to be filed on March 21, 2007.

2. Discovery in this case concluded very recently, and defendant has not yet received all of the deposition transcripts. Defendant expects to receive the transcripts within the next week.

3. The defendant is requesting an extension of the briefing schedule. Specifically, the defendant requests an additional thirty-three (33) days, until April 23, 2007, to draft and file an appropriate dispositive motion; plaintiff's opposition to be due no later than May 23, 2007; and defendant's reply to be due no later than June 13, 2007..

4. Pursuant to LCvR 7(m), the undersigned spoke to plaintiff's attorney, Robert Seldon, who stated that he consents to this motion.

Wherefore the defendant requests until April 23, 2007, to file a dispositive motion; plaintiff's opposition to be due no later than May 23, 2007; and defendant's reply brief to be due no later than June 13, 2007.  A proposed Order accompanies this motion.

        Respectfully submitted,

        _____/s/_____
        JEFFREY A. TAYLOR,  DC Bar #498610
        United States Attorney

        _____/s/_____
        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney


        _____/s/_____
        KAREN L. MELNIK DC BAR # 436452
        Assistant United States Attorney
        555 4TH Street, N.W. Rm. E-4112
        Washington, D.C. 20530
        (202) 307-0338