UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. MICHAEL BEARD,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
|    v. ) | **Civil Action No. 06-00756 (GK)** |
| ) | |
| **ALPHONSO R. JACKSON,** ) | |
|    Secretary, U.S. Dept. of ) | |
|    Housing and ) | |
|    Urban Development, ) | |
| ) | |
|    **Defendant.** ) | |
| _____ ) | |

**ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:
Karen L. Melnik
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

Robert C. Seldon ,Esq.
Molly E. Buie, Esq.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004