EXHIBIT F1a

**Relationship of Affiants Chart**
**Office of Inspector General**
As of December 1, 2004

Office of Inspector General
|
Michael P. Stephens
Deputy Inspector General
(protected EEO Groups not identified)
|
James A. Heist
Assistant Inspector General for Audit
Office of Audit
(DOB: 6/8/54, no EEO complaint activity)
|
Michael R. Phelps
Deputy Assistant Inspector General for Audit
Office of Audit
(DOB: 11/4/45, no EEO complaint activity)
|
D. Michael Beard
Complainant
Regional Inspector General for Audit, Fort Worth, Texas
(DOB: 11/28/49, prior EEO complaint activity)

EXHIBIT 4