**PERFORMANCE RATING FOR PERIOD 2-1-01 THROUGH 1-31-02**

**Michael Beard**

I have reviewed Mr. Beard's self-evaluation for the period. I agree that his work on the Government Performance and Results Act and the Housing Authority of New Orleans audits was significant.
Mr. Beard showed support for our efforts in the use of Computer Assisted Audit Tools and two of his staff were recognized in our national contest.
Mr. Beard organized a very good conference for our Administrative Officers that proved to be very valuable for the staff.

During our discussion of Mr. Beard's performance for the year we talked about several issues that will enhance the operations of his district and are in line with the goals of management of the Office of Inspector General. We discussed:
1. The need for tightening the scope of his audits to reduce the amount of time it takes to complete the audit and issue final audit reports. This will be especially helpful with the new time frames that will be issued soon.
2. The need to be more diligent in ensuring that the data in AutoAudit is up to date.
3. That we need to recognize that we have a new administration and our writing style should not assume that they will not be receptive to our audit findings and recommendations, such as we experienced in the past.
4. The need for him to improve communications with Headquarters so as to keep us timely informed of events transpiring in his district that potentially impact headquarters.
5. The need to follow policy and adhere to time frames for the referral of audits without management decisions.

EXHIBIT 11