D Beard/FTW/HUDOIG  
06/15/2004 09:41 AM

To  Stanley McLeod/WHQ/HUDOIG@HUDOIG, James Heist/WHQ/HUDOIG@HUDOIG  
cc  Laura Nixon/FTW/HUDOIG@HUDOIG, Theresa Carroll/FTW/HUDOIG@HUDOIG  
bcc  
Subject  Re: Capacity

History:    This message has been replied to.

Further discussions? We never had any discussions.

We will, of course, attempt to carry out your wishes. This is difficult because you sent us a draft where we had not participated in the discussions that deleted over a third of the report and created the evaluation of auditee comments. Also, the final audit draft you sent us did not identify any changes made from the discussion draft we sent you, and no explanations or references were provided for any of the changes; including why Finding 3 was deleted. It has taken Laura considerable time to identify changes, decide if we can agree with them, and then attempt to reference them. For example, the Schedule of Reports with Findings Attributable to Capacity contained a column we could not understand, only reflected nonprofits without so stating, and reflected four reports with no findings. We were first told Brent prepared the schedule, only later to find Roger had prepared it. Laura had to get the answers to the questions, then correct the schedule, and now she has to prepare the supporting workpapers and reference the schedule to it. While it is not arduous, it is time consuming.

Are you willing to waive independent referencing? The final that was almost published in February was independently referenced. Policy dictates that we redo the independent referencing because of all the changes. This can take up to two days. For example, the independent referencer is going to have to agree with the entries on the aforementioned Schedule of Reports with Findings Attributable to Capacity. That's 27 reports, and 51 reported deficiencies. Again, not arduous, but time consuming.

Beth Howard did the original independent referencing. Obviously, she is the best candidate to do the update. However, she is on the financial statement audit in Little Rock, Arkansas. If your not willing to waive the independent



EXHIBIT  
14

referencing, will you allow me to take Beth away from the F/S audit for the remainder of this week?

Mike

Stanley McLeod/WHQ/HUDOIG



Stanley McLeod/WHQ/HUDOIG
06/15/2004 07:50 AM

To  D Beard/FTW/HUDOIG@HUDOIG
cc  Laura Nixon/FTW/HUDOIG@HUDOIG
Subject  Capacity

I just had a long discussion with Heist. He does not want finding three in the report and does not wish to have further discussions on this matter. I also ran into Donohue in the hallway, he keeps asking about the report. I told him it would get out this week. Jim doesn't feel this should be too arduous a process. He doesn't think the changes are that significant that we would be unable to get it out this week. Please, please, please give this your utmost attention. Jim wants to see the changes you make but promises to turn it around quickly! Track changes or highlights of the changes would make this easy.