James Heist/WHQ/HUDOIG          To  Michael Phelps/WHQ/HUDOIG@HUDOIG
06/16/2004 03:54 PM             cc
                                bcc
                           Subject  Fw: CPD Audit

How about this one! I'm really getting tired of this. We've got to figure out a way to impress upon Beard that, at least for his staff's sake, he needs to make some attitude adjustments.

Sent by HUD-OIG Wireless E-Mail Services.
    Laura Nixon

        **From:** Laura Nixon
        **Sent:** 06/16/2004 11:14 AM
        **To:** James Heist/WHQ/HUDOIG@HUDOIG
        **Subject:** CPD Audit

Mr. Heist,

Do you remember our first meeting regarding the CPD audit? Do you remember the discussion of how this audit was going to be different than the Continuum of Care and Community Builder audits? We were going to discuss the direction of the report along the way so that there would be no second-guessing in the end. So I guess today I am sitting here wondering why in the end we were still subjected to so much second-guessing.

I do not understand why Finding 3 is being removed at this late date. Of the three findings, it was the least controversial. I do not remember Mr. Stephens having any particular issues with the finding. In the OIG Evaluation of CPD's comments prepared by the TOP Division, it states that the finding was removed because the contents were largely drawn from other reports and did not directly relate to management controls. Neither statement is accurate. As an organization, we have invested a substantial amount of resources into the development of Finding 3. I do not understand why we want to walk away from it now. What has changed from the time you were willing to let us issue the report without CPD's comments and now?

On a personal level, this entire process has been very demoralizing. I have spent more time arguing the report content with individuals within our organization than with CPD. I have been kept largely in the dark, but then given last minute deadlines that require me to work overtime in order to meet them. I would have liked to been an active participant in whatever revisions you deemed necessary. I think my viewpoints would have added value and minimized changes that were off base or could not be referenced. In the end, I have worked hard and done everything that was asked of me, but have been denied the reward of a successful report. I guess what bothers me the most is that I don't see that there is anything I can do to prevent a reoccurrence.

Laura

