**Michael Phelps/WHQ/HUDOIG**
12/21/2004 03:28 PM

To   James Heist/WHQ/HUDOIG
cc
bcc
Subject   beard

 EXHIBIT 16

### Beard

1. 2 ½ years ago I told him times had changed and he needed to get on board
2. Houston Home and the marathon phone conversation
3. Non profits audit
4. New Orleans African American Museum similar problems to CVR
5. Louisiana Artworks questioning Webster
6. CVR and his response back
7. Seeking media attention as evidenced at his conference
8. demeaning the role of TOP when I was at Ft Worth conf-Mays, do we have a story, no TOP took it out
9. More issues with reports than any other region
10. Advanced sick leave to Kelly
11. Kelly teleworking for 6 months uncontrolled and without signed agreement
12. Kelly problems not brought to my attention
13. His work lacks credibility- no evidence- only supposition
14. CVR going from 1500 to 5000 hours and to June 2005 completion
15. Chasing Mays and United with no results?