

| | |
|---|---|
| James Heist/WHQ/HUDOIG<br>01/04/2005 04:48 PM | To  Michael Phelps/WHQ/HUDOIG@HUDOIG<br>cc<br>bcc<br>Subject  Talking Points for Tomorrow |

He's had a chance to look at TOP's report on the CVR job. This audit was problematic and a continuation of serious problems we have had with his management of the region. Our concerns go beyond that one assignment.

We have lost confidence in his ability to manage the region in the manner that we want it to be managed. Work products have a credibility problem. Stephens and Donohue also have lost confidence.

> Applying criteria inappropriately and not seeking counsel's input. HQ is forced to do the region's job when TOP or I have to go to counsel. This has happened on numerous occasions.

> TOP has also had to deal with program officials on issues that region should have resolved long before the report was submitted for review.

> Even after receiving TOP or counsel comments, they were not adequately addressed in the revised report.

> Use of inappropriate language in reports including unwarranted adverbs/adjectives that inject biased criticisms or unsupported conclusions.

> Not recognizing when it's appropriate to stop wasting resources.

TOP and I have to spend more time and resources dealing with his reports than reports from any other regions

Issues with Sue Kelly that were not dealt with properly and in a timely manner.

Staff has an antagonistic attitude with HQ, including Phelps and me. TOP staff is often frustrated dealing with the region because of frequent arguments.

---

Advise of reassignment to HQ special assistant position and provide letter.

Effective date March 7 and he has 15 days to accept or decline. If he accepts I will entertain a request for reasonable extension.

No midterm rating – we were holding off pending completion of report on CVR assignment, but

**EXHIBIT**
17

this was overcome by events. Final rating will be passing.

Between now and effective date, he will be detailed to work in HQ for Mike – plan to report in HQ by lunch time Monday Jan 10.

We will be bringing in someone to act until we advertise and fill the RIG position.

We will contact the ARIGAs to advise them of the change and would prefer that he not contact them.