

U.S. Department of Housing and Urban Development
# Office of Inspector General
451 7th St., S.W.
Washington, D.C. 20410-4500

March 28, 2002

MEMORANDUM FOR:  D. Michael Beard, District Inspector General for Audit, 6AGA

FROM:  Michael R. Phelps, Deputy Assistant Inspector General for Audit, GA

SUBJECT:  Performance Rating for Will Nixon for period ending 1/31/2002

This is in response to your March 15, 2002 memorandum subject as above. Let me first comment on your recollection of our conversation regarding the "new political atmosphere". You would have done well in counseling your staff without trying to quote what you think I said, namely "Days of Susan Gaffney were over" and "piss off the politicals". My recollection of our conversation is quite different. I explained to you the way the negative and derogatory tone and implications in your reports on GPRA and HANO had been received by the senior members of the new administration. They see this tone as unnecessary and unproductive. I explained to you that HUD's new management team is most appreciative of our audit efforts and they are striving to be responsive to our audits. I trust that you and your staff now have this understanding and will act accordingly.

Let me make it clear that Mr. Heist and I get along just fine with Will Nixon. He is bright and a very hard worker. However, he is outspoken and some of his past e-mail comments indicate a general disdain for Headquarters staff. Given proper supervision I am sure his enthusiasm could be better channeled toward his work. You could be of great help to Mr. Nixon by discouraging such negative behavior.

I am well aware of your personal views pertaining to the way the Office of Investigation is managed. It is unfortunate that you somehow perceive that this makes auditors second-class citizens in the Office of Inspector General. Your expressed view that our Computer Audit Specialist somehow degrades the prestige of the auditor position is perplexing. These views demonstrate that you lack an understanding of the positive benefits these other disciplines bring to the organization. My concern is that you are

EXHIBIT
20

espousing this philosophy to your staff and poisoning their views of the organization. Espousing your views to HQ senior management is OK. However, espousing this view in Mr. Nixon's performance appraisal is not only ill placed but unacceptable.

I am sorry that you felt the need to cancel your leave plans to respond to my memorandum. The conflict with your leave and the due date was an oversight, and is in no way indicative of any form of harassment. Had you requested an extension of the due date I would have gladly granted it.