

U.S. Department of Housing and Urban Development
# Office of Inspector General
451 7th St., S.W.
Washington, D.C. 20410-4500

April 15, 2002

MEMORANDUM FOR:  D. Michael Beard, District Inspector General for
Audit, 4AGA

FROM:  Michael R. Phelps, Deputy Assistant Inspector General for
Audit, GA

SUBJECT:  Your April 4, 2002 memorandum Re: Will Nixon's
performance rating.

    This responds to your April 4, 2002 memorandum. Contrary to the implications of your memorandum the points that I made in my March 28, 2002 memorandum are very understandable to an informed reader.

    Your statement that "Our prior discussion had only dealt with the drafts of these reports and you had not mentioned any "senior" members" is just plain wrong. Our discussion never distinguished draft from final. In fact, I was referring to both. The drafts were inflammatory. The finals were toned down some after discussion with Headquarters audit staff; however, they were still considered offensive by senior HUD officials. During our discussion I did in fact give you the name a one senior official, which you wrote down. Nonetheless, who it was or what their complaints were is not the issue here. The issue is the tone of your reports and the way they come across to the reader. That is what you need to focus on in preparing future audit reports.

    You also state, "I would also appreciate your thoughts on whether or not you think reflecting the complaints political appointees have about audit reports in a District Inspector General's annual performance rating is in accordance with the general independence standard set forth in the Yellow Book at paragraph 3.11." As you well know, there are no verbal comments associated with your performance rating. So I did not reflect the complaints of political appointees in your performance rating. Moreover, my discussion with you had nothing to do with political appointees, only senior HUD officials. Further, I absolutely have no concerns about my discussion with you compromising our independence. On the other hand, as far as the Yellow Book goes,

EXHIBIT 22

I am very concerned that our reports meet the intent of paragraphs 7.57, 7.58 and 7.59, which relate to objective reporting. These three standards deal with the tone of an audit report and that is where I continue to have concerns with your district.

Next, you state you are not aware of any emails from Mr. Nixon that would indicate he has "general disdain" for headquarters staff..." To refresh your memory, refer to Mr. Heist's October 15 and 30, 2001 memorandums to you that deal with this very issue.

You also questioned the basis for my statement that I was well aware of your personal views pertaining to the way the Office of Investigation is managed. You do not need to specifically state your views to me. As a member of the senior staff in this organization I make it my business to know what is going on. Your statements to others speak volumes about your personal views. Moreover, your statements in your March 15 memorandum clearly relate to the management of the Office of Investigation.

You said you had no idea what I was referring to when I stated that you lack an understanding of the positive benefits these other disciplines bring to the organization. The other disciplines to which I refer are HFI auditors and Computer Audit Specialists, both 511s, but with a different discipline then the traditional OIG auditor. They serve a very important role in the OIG, contrary to the views you have expressed.

You also stated "I also did not understand your allegations that I am espousing some philosophy and poisoning my staff's view of the organization." Just read what you wrote in Mr. Nixon's appraisal to understand my point. It's all right there.

I have stated my position with respect to Mr. Nixon's performance appraisal and I do not intend to entertain any further discussion on this matter.