UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-0756 (GK) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR AN
ENLARGEMENT OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT**

Plaintiff to the above action respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time, until June 11, 2007, to file his Opposition to Defendant's Motion for Summary Judgment; and for a like extension of time, until July 2, 2007, for defendant to file its Reply.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1) Defendant moved for summary judgment on April 23, 2007. According to the Court's Minute Order of March 15, 2007, plaintiff's opposition is due on May 23 and defendant's Reply is due on June 13, 2007.

2) Although counsel for plaintiff have been working diligently on plaintiff's opposition, a large number of time-sensitive responsibilities in other cases have recently demanded a great

1

deal of time and attention, and will necessitate an enlargement of time for plaintiff to complete the opposition in this case. These responsibilities include filing extensive discovery motions in <u>Bowen v. Chertoff</u>, EEOC No. 480-2006-00105X; opposing summary judgment in <u>Elion v. Jackson</u>, Civ. Action No. 05-0992 (PLF); participating in written and oral replies in two separate adverse action appeals; finalizing settlement in <u>Logan v. Spellings</u>, Civ. Action No. 06-0033 (PLF); finalizing settlement in <u>Samaniego v. US Postal Service</u>, MSPB Docket DC-0752-07-0303-I-1; and preparing initial disclosures for a client located overseas in <u>Beyah v. Walker</u>, Civ. Action No. 07-109 (ESH).

3) Additionally, Ms. Buie, the attorney primarily responsible for plaintiff's opposition, has long-standing plans to be out of the office for three days from May 18 through May 22, 2007.

WHEREFORE, plaintiff respectfully moves the Court to grant an enlargement of time, until June 11, 2007, for plaintiff to oppose Defendant's Motion for Summary Judgment; and for a like extension of time, until July 2, 2007, for defendant to file its Reply.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C. 20004
(202) 955-6968
Counsel for Plaintiff