UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-0756 (GK) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Summary Judgment, and the entire record in this case, it is hereby

ORDERED that:

Plaintiff's Opposition to Summary Judgment shall be filed by June 11, 2007. Replies, if any, shall be filed by July 2, 2007.

SO ORDERED.

Dated this _____ day of _____, 2007

_____
United States District Court Judge