UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development,<br><br>   Defendant. | )<br>)<br>)<br>)  C.A. No. 06-0756 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Plaintiff's Motion for Rule 56(f) Continuance and for an Enlargement of Time to Oppose Summary Judgment and Request for a Teleconference, and the entire record in this case, it is hereby

ORDERED that:

Plaintiff's motion for a continuance in summary judgment briefings is GRANTED.

FURTHER ORDERED:

Plaintiff shall be permitted to take the deposition of agency employee, William Nixon, and shall then be given two weeks from the receipt of the deposition transcript, which plaintiff shall report to the Court, to submit his Opposition to summary judgment.

SO ORDERED.

Dated this _____ day of _____, 2007

_____
United States District Court Judge