## Molly E. Buie, Esq.

**From:** Dorothy & Michael Beard [██████@██████]
**Sent:** Wednesday, June 06, 2007 7:35 PM
**To:** Buie, Molly E.
**Subject:** Fw: Declaration for Mike Beard

----- Original Message -----
**From:** W2nixon██████
**To:** meb@rcseldon-associates.com ; ██████
**Sent:** Sunday, May 20, 2007 10:21 PM
**Subject:** Re: Declaration for Mike Beard

Ms. Buie,

Sorry for the delay in getting back to you. I was in Austin last week and only had my gov computer and I had thought I responded yesterday. How about Wednesday around 4pm my time? My home phone is ██████

WWN.

In a message dated 5/15/2007 2:12:28 P.M. Central Daylight Time, meb@rcseldon-associates.com writes:

> Mr. Nixon,
>
> I have spoken to Mike who told me that you may be willing to give us a
> declaration specifically addressing the agency's claims about the CVR audit.
> I would like to set up a time to speak with you this week if possible.
>
> The normal declaration process is that you and I would have a telephone
> conversation so that I could get the relevant information from you - this
> conversation would likely take 45 mins to 1 hour. I would then take that
> information and put it in declaration format and send the draft to you for
> your review. You would have an opportunity to review the draft and make any
> changes you feel need to be made. You would not be obligated to sign the
> declaration unless you were comfortable doing so.
>
> If you agreed to sign the declaration, we would use it in connection with
> our Opposition to HUD OIG's Motion for Summary Judgment. (I believe Mike
> has sent you a copy of that Motion already.)
>
> Please give me a call if you have questions or concerns about any of this.
> Thank you for your assistance. I believe it will be tremendously helpful to
> Mike's case.
>
> Regards,
>
> Molly Buie

*Attachment A* [handwritten]

6/7/2007