**Molly E. Buie, Esq.**

---

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Tuesday, May 29, 2007 5:29 PM
**To:** 'w2nixon██████'
**Subject:** Draft Affidavit

      

Nixon Decl DRAFT   TOP email re survey   CVR Stephens   CVR Response to   Jazzland         CVR Legal        Def Ex 18.pdf (387
5-29-07.pdf (...   reports 4-...         Memo.pdf (142 KB)..  TOP.pdf (136 K...  Writeoff.pdf (39 KB) pinion.pdf (421 KB).   KB)



Def Ex 10.pdf (907
    KB)

            Will,

I have attached the draft affidavit here, along with some of the attachments I referenced
in it.  I was able to fill in a lot of the details like dates, etc., from looking at the
documents.

I'd like to set up a time this week for us to talk about any changes or corrections you
want to make.  Let me know what is a good time for you.

Thanks again for all your help.

Regards,

Molly

Molly E. Buie, Esq.
Robert C. Seldon & Associates, P.C.
1319 F St., NW, Suite 305
Washington, D.C. 20004
Phone:   202-955-6968 ex. 111
Fax:     202-318-2287
meb@rcseldon-associates.com

Attachment B

1