## Molly E. Buie, Esq.

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Monday, June 04, 2007 10:19 AM
**To:** 'W2nixon████████'
**Subject:** RE: Draft Affidavit

Mr. Nixon,

Our brief is due next Monday, June 11, so time is of the essence to finalize your affidavit. I don't totally follow your comment about the survey memo - maybe we can discuss it in person. I'm available to speak to you by phone whenever you are ready.

Regards,

Molly Buie


Molly E. Buie, Esq.
Robert C. Seldon & Associates, P.C.
1319 F St., NW, Suite 305
Washington, D.C. 20004
Phone:  202-955-6968 ex. 111
Fax:   202-318-2287
meb@rcseldon-associates.com

>        -----Original Message-----
>        **From:** W2nixon████████
>        **Sent:** Monday, June 04, 2007 12:36 AM
>        **To:** meb@rcseldon-associates.com; ████████
>        **Subject:** Re: Draft Affidavit
>
>        I am sorry, I did not see this until this evening (in spam folder for a while and then busy). I will try to get to tomorrow, but can't promise... I do want to help, but don't want to kill my career unnecessarily. In our conversation we talked about the survey memorandum, we discussed a couple of things: One of which was the survey memo...we were not asked to do it, same as Message meeting. We went through the training in Sept 04 and had already put forth the draft (that is my it is in the old format). I am not sure why I need to confirm that. With respect to the attachment, I don't see it in the manual or it being done before - again, this is either fact or not.
>
>        I will get back to you.
>
>        WWN.

*Attachment D* (handwritten)

See what's free at AOL.com.

6/7/2007