**Molly E. Buie, Esq.**

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Tuesday, June 05, 2007 10:20 AM
**To:**
**Subject:** FW: Got your message

-----Original Message-----
**From:** Dorothy & Michael Beard
**Sent:** Tuesday, June 05, 2007 8:57 AM
**To:** Buie, Molly E.
**Subject:** Fw: Got your message

----- Original Message -----
**From:** W2nixon
**To:**
**Sent:** Monday, June 04, 2007 11:26 PM
**Subject:** Got your message

Mr. Beard:

Sorry, things have been wild, wild, wild here. I just got your message - Way behind on my things.

I will read through the affidavit soon. I hope you understand my point. Many of the questions were fact questions -

Q. Why was a survey memorandum not done?
A. It was not required at the time. When we had our writing course with the new events, we had submitted the draft report. Plus, we were never asked to do it.

Q. Why didn't the report reference the FAR?
A. The report did.

Q. Why didn't headquarters know about the findings?
A. We did twice month briefing papers, plus it was on the IG List.

With questions like that where there is evidence, why use testimony?

Well, give me a call tomorrow on my cell (I keep in my coat jacket so I will hear it if in the office.

Later,

WWN.

Attachment E