## Molly E. Buie, Esq.

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Wednesday, June 06, 2007 10:00 AM
**To:** 'Robert C. Seldon, Esq'
**Subject:** FW: Draft Affidavit

-----Original Message-----
**From:** W2nixo[redacted]
**Sent:** Wednesday, June 06, 2007 6:53 AM
**To:** meb@rcseldon-associates.com;[redacted]
**Subject:** Re: Draft Affidavit

Good morning,

I have wrestled with this last evening and most of the night, and I can't do it. I don't have any major disagreement with the affidavit (just a couple of corrections). I was fine with the putting forth my opinion, contradicting opinions, and letting my life be a little miserable for a while as a result. But, it reads (and I understand the reason why) that I am calling Heist a liar. I can't volunteer to do that - I do believe they would retaliate - not only within the organization but also maligning my abilities, character, etc. if I try to get another job.

I am sorry for putting you through this trouble.

WWN.

---

See what's free at AOL.com.

*Attachment F* (handwritten)

6/7/2007