MGB Reporting, Inc.

Page 1

1     UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA
2

3   D. MICHAEL BEARD,
    17 Rubins Walk
4   Fredericksburg, VA   22405,      :

5               Plaintiff    : C.A. No. 06-0756 (GK)

6         v.                 :

7   ALPHONSO R. JACKSON,       :
    Secretary of Housing and
8   Urban Development,         :
    451 Seventh Street, S.W.   :
9   Washington, D.C.  20410,   :

10              Defendant    :

11              Friday, January 5, 2007

12  The discovery deposition of MICHAEL P. STEPHENS, a

13  witness called for examination by counsel for the

14  plaintiff, at the Offices of Robert C. Seldon &

15  Associates, 1319 F Street NW, Washington, DC, before

16  Tracy E. Barksdale, Certified Shorthand Reporter and

17  notary public in and for the District of Columbia,

18  commencing at 12:04 p.m., when were present on behalf of

19  the respective parties:

20

21

22

COPY

MGB Reporting, Inc.

Page 18

1   A   I don't think those were my words.

2   Q   I mean I wrote that down.

3   A   Mr. Phelps or I said so.

4   Q   I thought you had given me this in response to
5   my question, which was what did they tell you about his
6   abilities over the years?

7   A   That was, I don't know if that was their exact
8   words or part of my interpretation.

9   Q   Okay.

10  A   So I don't know whether that was a direct quote
11  from them or not.

12  Q   Oh, I wasn't suggesting it was.

13      Do you recall what they informed you about that
14  led you to that conclusion or that belief?

15  A   Just, you know, an accumulation of many
16  discussions. I know that Mr. Will Nixon, who is a
17  supervisor down there, was involved and seemed like in
18  general debate with headquarters and had authored some
19  e-mails in which they were caustic, unprofessional in
20  tone, and then I believe Mike supported that when they
21  asked him to counsel Mr. Nixon. I believe he supported
22  Mr. Nixon and his tone and demeanor.

MGB Reporting, Inc.

Page 35

1  best you're able the reasons why as an organization you
2  believed it necessary to remove him from a supervisory
3  position.
4     A     I rely heavily on my senior staff, Mr. Phelps
5  and Mr. Heist ran the daily operations of the Office
6  Audit. Other members of the senior staff talked to me,
7  talked to me about personnel issues in every region,
8  Mr. Phelps and Mr. Heist, the frequency in relation to
9  Mr. Beard's demeanor, his relationship with headquarters,
10 the issues, the technical issues that were found in his
11 audit work --
12    Q     Technical issues meaning what?
13    A     Meaning there was trouble with the technical
14 side with his audit work. In other words, conclusions
15 were made in his audit that were not supported by the
16 evidence. And it was an accumulation over a period of
17 time, and I think with the CVR audit [on it], I believe it was --
18 it was clear that there was no other alternative but to
19 remove him. That in combination to his combative style
20 and his constant disagreements with headquarters was a
21 great concern to us as well as the effect it was having
22 on the employees in that region.