UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-0756 (GK) |
| v. | ) |
| ALPHONSO R. JACKSON,<br>Secretary Of Housing And<br>Urban Development, | ) |
| Defendant. | ) |

## NOTICE

Plaintiff to the above action respectfully advises the Court that, pursuant to the Court's Order of July 3, 2007, plaintiff has scheduled the deposition of William Nixon for July 19, 2007, and has requested that the transcript of the same be expedited. Plaintiff will report to the court when the transcript has been received by counsel for plaintiff.

Respectfully submitted,

/s/
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

/s/
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
Telephone: (202) 955-6968
Fax: (202) 318-2287

Counsel for Plaintiff