UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-0756 (GK) |
| ALPHONSO R. JACKSON, Secretary Of Housing And Urban Development, | ) |
| Defendant. | ) |

## NOTICE

Plaintiff to the above action respectfully advises the Court, pursuant to the Court's Order of July 3, 2007, that plaintiff received the transcript of William Nixon's deposition today. Accordingly, plaintiff's opposition to summary judgment is due on August 6, 2007.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
Telephone: (202) 955-6968
Fax: (202) 318-2287

Counsel for Plaintiff