Page 1

```
       UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - -X

  SAUNDRA G. ELION,              :

            Plaintiff            :

       v.                        :

                                 :

  ALPHONSO R. JACKSON,            :

            Defendant            :
- - - - - - - - - - - - - - - -X
```

DEPOSITION OF AUSTIN GROOM

Washington, D.C.

Tuesday, April 18, 2006

Deposition of AUSTIN GROOM, called for examination at 3:00 p.m., at the law offices of Robert C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite 305, Washington, D.C., before Gary S. Howard, a notary public in and for the District of Columbia, when were present on behalf of the respective parties:

APPEARANCES:

On behalf of the Plaintiff:

ROBERT C. SELDON, Esq.

```
 1      A     Can you repeat that again?
 2      Q     Sure. Is there anyone who hold that job
 3   now?  And it's special assistant to Mr. Phelps?
 4            MR. TRUONG: Objection. Speculation.
 5            BY MR. SELDON:
 6      Q     If you know.
 7      A     I can only assume, at this point in time.
 8
 9            Like I said, after I left the IG in 2002,
10   I never kept in total contact with people. And I
11   know that there was a number of positions --I know
12   at the time when I left the position back in 2000,
13   Sandy was then selected for the job.
14      Q     No, I'm going forward -- as special
15   assistant to Mr. Phelps.
16      A     I didn't really keep in contact with what
17   was going on.
18      Q     Okay. And you don't know now -- do you
19   know now?
20      A     No, I wouldn't know now.
21      Q     Okay. You were -- is it district
22   inspector general for the audit of the capital
```

```
 1   district?
 2       A    At that time, that's what it was called.
 3   There were district inspector generals. I think
 4   that they're titled different now, but at that
 5   time, it was.
 6       Q    Okay. '96 to 2000, I take it. Right?
 7       A    I think that's correct.
 8       Q    How is it that you came to leave that
 9   position?
10       A    The district inspector general position?
11       Q    Yes.
12       A    I was reassigned to work with Mike
13   Phelps.
14       Q    Did you solicit that reassignment?
15       A    No, I didn't.
16       Q    Was it involuntary?  Was it directed,
17   rather?
18            I'm sorry.
19       A    It was directed. It was a reassignment,
20   direct reassignment by Cathy Inkling.
21       Q    Who was who?
22       A    Who was the assistant inspector general
```

Page 22

1  what you're doing.
2          MR. TRUONG: Well, hang on for a second.
3  Just let me finish my objection and then you can
4  say whatever you want to say.
5          I intend to instruct the Witness not to
6  answer pursuant to Judge Kaye's oral order of
7  yesterday, April 17th.
8          With that in mind, I would like for you
9  to rephrase the question, and if I think it is
10 outside the scope of the issues that we talked with
11 Judge Kaye yesterday, then I'll allow the Witness
12 to answer.
13         So go ahead and rephrase your question.
14         BY MR. SELDON:
15     Q    Was your removal proposed from the
16 federal service, Mr. Groom?
17         MR. TRUONG: Go ahead and answer the
18 question.
19         THE WITNESS:  Yes.
20         BY MR. SELDON:
21     Q    When was that?
22     A    Without speculation, it's either late

```
 1   January or February. I'm not particular. But it's
 2   in that period.
 3        Q    Of what?
 4        A    Of 2002.
 5        Q    Were you ever removed from the federal
 6   service?
 7        A    Yes, I was.
 8        Q    Approximately when was that?
 9        A    I think that was -- again, I think the
10   proposal was in January. The removal was in
11   February.
12        Q    Okay. To your knowledge, who proposed
13   your removal from the federal service?
14        A    Mike Phelps.
15        Q    Was it on performance grounds?
16        A    Correct.
17        Q    Is it correct that you took an appeal to
18   the Merit Systems Protection Board?
19        A    Correct.
20        Q    Did your appeal also include a claim of
21   discrimination or retaliation?
22        A    Not at that time.
```

Page 33

```
 1   part of your complaint or just were in the same
 2   file that was given to us.
 3             So what we're going to do is we're going
 4   to go through some of these and figure out exactly
 5   where we are.
 6             This first page, 1666 of Groom Exhibit
 7   1, do you recognize this document?
 8        A    No, I don't.
 9        Q    Okay. Now we've got the second page,
10   which is 1670.  This looks to be the cover sheet of
11   a formal complaint of discrimination filed by you.
12             Is that what it is?
13        A    That's correct.
14        Q    Okay. And then what were the subjects of
15   this complaint, in your own words?
16        A    Why it occurred?
17        Q    Yes. What do you think was going on?
18        A    At the time, again, like I said, I
19   thought that, based on Mike Phelps' decision, the
20   supervisor, it might have been related to some
21   biases and prejudices of an African-American
22   person.
```

Page 34

```
 1              And again, at age, at that time, 46.
 2       Q      Okay. And so we look in box 16 -- first
 3   of all, let's go through the date on this.
 4              If we look in 17, you made the initial
 5   contact with an EEO counselor on May 4th of '01.
 6              Does that conform with your recollection?
 7       A      That's correct.
 8       Q      And then you filed this formal complaint
 9   on June 20th, '01.  Is that right?
10       A      That's correct.
11       Q      And here, you named, at least at that
12   time, as the officials you believed discriminatory,
13   is Mr. Heist.
14              Right?
15       A      That's correct.
16       Q      Mr. Phelps.
17              MR. TRUONG: Box no. 10?
18              MR. SELDON:  Good.
19              BY MR. SELDON:
20       Q      Mr. Phelps, right?
21       A      That's right.
22       Q      Ms. Carroll?
```