MGB Reporting, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| D. MICHAEL BEARD, | : |
| 17 Rubins Walk | : |
| Fredericksburg, VA  22405, | : |
| | : |
| Plaintiff | : C.A. No. 06-0756 (GK) |
| | : |
| v. | : |
| | : |
| ALPHONSO R. JACKSON, | : |
| Secretary of Housing and | : |
| Urban Development, | : |
| 451 Seventh Street, S.W. | : |
| Washington, D.C.  20410, | : |
| | : |
| Defendant | : |

Wednesday, February 14, 2007

The discovery deposition of JAMES ALAN HEIST, a witness

called for examination by counsel for the plaintiff, at

the Offices of Robert C. Seldon & Associates, 1319 F

Street NW, Washington, DC, before Tracy E. Barksdale,

Certified Shorthand Reporter and notary public in and for

the District of Columbia, commencing at 9:30 a.m., when

were present on behalf of the respective parties:

Page 27

1    particular manager that was responsible for that

2    organization.

3        Q    That's fair.  Now I understand.

4            So one of the things I think you talked about

5    was performance goals, and that would be for a region or

6    sub office; is that correct?

7        A    Correct.

8        Q    Regional rankings was another you mentioned?

9        A    In response to one of the questions, yes.

10       Q    I'm just trying to get a list to start.

11       A    I mean, that was, regional rankings was

12   something that we had tried for a couple years.  We did

13   not do it for the last rating cycle.

14       Q    The last rating cycle would have been for the

15   year 2006?

16       A    Correct.

17       Q    In this context, can you tell us, are you

18   familiar with the term GPRA, Government Performance &

19   Results Act?

20       A    GPRA.

21       Q    In the context of the rankings of organizational

22   units under your second line supervision, what is that,

MGB Reporting, Inc.

Page 28

1    how is that involved?

2         A     Well, I mean, GPRA refers to a statute that

3    broadly, mostly relates to agencies' performance.  We use

4    the term loosely.  And in the same concept, the starting

5    point for the GPRA process is for an organization to lay

6    out a strategic plan that sets forth its priorities, and

7    then going the step below that, lay out a set of

8    performance goals that will direct the organization

9    towards meeting that strategic, those strategic plan

10   goals, and then as part of that, we put forth some goals

11   for offices, to the extent applicable that we expect,

12   performance goals for the organization to meet, and

13   simply they're just that, they're goals.

14        Q     So if we say there were performance goals for

15   the entire office of audit and others, is that what you

16   meant to say?

17        A     Well, it's set forth as goals for the office

18   audit and then corresponding goals for each of the

19   region.

20        Q     That's what I was getting at.

21        A     In many instances they're one and the same.

22        Q     Right.  And so what other --

MGB Reporting, Inc.

Page 47

1    Q    Look at page 9.

2    A    Okay.  I was looking for a date on this.

3    Q    Right.  But does this tell you on page 9 what

4    period it covers?

5    A    It says it covers April 1st, 2001, through

6    September 30th, 2002.

7    Q    In the ordinary practice, that would mean that

8    that was the last three semi-annual reporting periods?

9    A    That's what the document says.

10    Q    Any reason to think this isn't that?

11    A    No reason to think that, no.

12    Q    This would be the three semi-annual reporting

13    periods?

14    A    That's correct.

15    Q    I'll show you a document that's going to be

16    marked as Heist 2 and ask you to identify this.

17         (Thereafter Exhibit 2 was marked for

18         identification).

19    BY MR. SELDON:

20    Q    Can you identify this?

21    A    This was the regional ranking that was done for

22    fiscal year 2005.

MGB Reporting, Inc.

Page 48

1    Q    As we talked about before?

2    A    Yes.  This was the year that we attempted to

3 refine what Mr. Phelps had developed.

4    Q    I will ask you to identify, I'll give you Heist

5 Exhibit 3.

6         (Thereafter Exhibit 3 was marked for

7         identification).

8 BY MR. SELDON:

9    Q    Can you identify this document for us, please.

10    A    The heading indicates that it's office ranking

11 FY 2004 goals.

12    Q    Do you recognize this document?

13    A    This appears to be the results of the previous

14 ranking method that Mr. Phelps had developed.

15    Q    Ask this to be marked Heist Exhibit 4, see if

16 you can tell us what this is.

17         (Thereafter Exhibit 4 was marked for

18         identification).

19         THE WITNESS:  This appears to be a page from an

20 Excel spreadsheet.

21 BY MR. SELDON:

22    Q    Prepared by?

MGB Reporting, Inc.

Page 53

1    office.

2            (Pause in proceedings).

3    BY MR. SELDON:

4        Q    Let's mark this as No. 6.

5            (Thereafter Exhibit 6 was marked for

6            identification).

7    BY MR. SELDON:

8        Q    Do you recognize this document, sir?

9        A    No.

10       Q    Okay.  Your affidavit in this administrative

11   process, which I can let you look at, you were aware that

12   the complainant was involved in the EEO hearing versus

13   Robert Tighe Cuomo?

14       A    Yes.

15       Q    Actually, you can refer to this one.

16            What do you know about that?

17       A    Only that there was a matter and that Mr. Beard

18   was involved.

19       Q    An EEO complaint being the matter?

20       A    And I was advised that he gave a deposition.

21       Q    The matter being an EEO complaint, I take it?

22       A    Yes.

MGB Reporting, Inc.

Page 54

1     Q     When did you first learn of that?

2     A     I believe it was, would have been at the time

3   when I was acting deputy IG.

4     Q     When, let's start with when were you acting

5   deputy IG.

6     A     That would have been June 2001, part of July

7   2001.

8     Q     And I don't remember my question.  I did say

9   when did you learn of the EEO complaint, or when did you

10  learn of Mr. Beard's deposition?

11    A     That was when I learned that there was an EEO

12  complaint and that Mr. Beard gave a deposition.  Some

13  point around that time frame.

14    Q     Did you know that at some subsequent point

15  Mr. Beard filed either a formal or informal complaint of

16  discrimination -- sorry, of retaliation, which related

17  to -- strike that.

18          Did you know one way or the other after that

19  that Mr. Beard initiated the agency complaints process

20  concerning his participation in that case?

21    A     Repeat that question again.

22          MS. MELNIK:  If you're able.

MGB Reporting, Inc.

Page 55

1    BY MR. SELDON:

2        Q    I'll do it this way.  The second line that is in

3    your statement that I didn't read, in the bottom

4    paragraph is, my only knowledge of the complainant's

5    involvement was that he gave a deposition in this case,

6    meaning Tighe versus Cuomo.

7            Okay?  When did you gain knowledge that Mr. --

8    I'm sorry.  You talked about the involvement in his

9    complaint, of the deposition.  Now what I'd like to know

10   is when, if at all, did you understand that Mr. Beard had

11   filed an EEO complaint that -- let's say at any time

12   before the present one?

13       A    I don't recall when.

14       Q    Do you believe that you recall it -- I'm sorry,

15   do you believe you learned it when you were deputy

16   inspector general on an acting basis?

17           MS. MELNIK:  As to which thing?  As to the depo

18   or as to the EEO complaints?

19           MR. SELDON:  He's already talked about the

20   deposition.  I'm talking about the administrative

21   process.

22           MS. MELNIK:  I'm sorry.

MGB Reporting, Inc.

Page 56

1          MR. SELDON:  No problem.  I do that all the

2     time.

3          THE WITNESS:  I don't recall any specific

4     knowledge about the administrative process.

5     BY MR. SELDON:

6      Q    What about less than specific?

7          MS. MELNIK:  Objection.  Vague.

8          MR. SELDON:  He said he had no specific

9     knowledge.

10    BY MR. SELDON:

11     Q    Want to go ahead and answer.

12     A    All I recall was that it was stated to me by

13    Mr. Saddler, our counsel, that there was a matter, an EEO

14    matter, and that Mr. Beard was giving a deposition.

15     Q    Okay.  And then move on to the second point was

16    when, if at all, did you learn that Mr. Beard was

17    involved in the EEO agency complaints process before

18    this, prior to this case?

19     A    There was a prior EEO complaint, and I know, I

20    recall that part of the issue was his testimony in the

21    Robby Tighe EEO complaint.

22     Q    Okay.  What else can you recall of that?

MGB Reporting, Inc.

Page 57

1    A    Nothing else.

2    Q    Do you recall whether his testimony was

3   favorable to Mr. Tighe?

4    A    I had no knowledge of that, one way or another.

5    Q    When, to the best you can pin it down for us,

6   did you first learn of Mr. Beard's prior EEO complaint?

7    A    I don't remember.

8    Q    Do you recall was it before Mr. Beard initiated

9   the process for the second time?  In other words, in this

10  case.

11   A    Yes, I believe it was, to my recollection, yes.

12   Q    Do you recall ever speaking with Mr. Phelps

13  about Mr. Beard's prior EEO complaint?

14   A    No.

15   Q    Do you ever recall --

16   A    I'm sorry.  When you say -- repeat that again.

17   Q    Do you recall ever speaking to Mr. Phelps about

18  Mr. Beard's prior EEO complaint?

19   A    No.

20        MS. MELNIK:  Objection.  Vague.  Which one?

21        MR. SELDON:  The prior complaint, meaning the

22  one that gave -- before the one that gave rise to this

MGB Reporting, Inc.

Page 62

1    Mr. Beard?

2        A    I don't recall when.  I don't recall when, no.

3        Q    Do you recall either way, let's say more than a

4    year before January of '05?

5        A    No, I don't recall.

6        Q    Do you recall Mr. Phelps giving you -- strike

7    that.

8             Mr. Beard was reassigned to a special assistant

9    position?

10       A    Correct.

11       Q    And was that to you or Mr. Phelps?

12       A    That was to Mr. Phelps.

13       Q    The decision to reassign Mr. Beard, that was

14   made by whom?

15       A    It was a consensus decision that was reached at

16   some time in December in talking with Mr. Stephens and

17   Mr. Phelps.

18       Q    All right.  When you say consensus, each person

19   participated in the discussions that led to it, decision

20   to reassign Mr. Beard?

21       A    Yes.

22       Q    Ultimately is it correct that Mr. Stephens'

MGB Reporting, Inc.

Page 88

1     Q     In terms of deciding, participating in the

2   decision to reassign Mr. Beard, did you know of any part

3   of the office of inspector general manual that authorized

4   reassigning him for -- let's go back.

5         Did you reassign Mr. Beard for performance or

6   conduct or both?

7     A     Neither.

8     Q     What was it?

9     A     Did not -- his reassignment was not a

10  performance-based or conduct-based, actually.

11    Q     Did you have a short term to synthesize that?

12    A     I'm sorry?

13    Q     Do you have any short term to synthesize what it

14  was based on?

15    A     It was based on some of the factors relating to

16  the way he was running his -- running the region.

17    Q     Okay.  And it was neither performance related

18  nor conduct related?

19    A     Correct.

20    Q     To your understanding, what does performance

21  related mean?

22    A     An action that would be taken as a consequence

MGB Reporting, Inc.

Page 92

1    performance appraisal?

2        A    I don't know the extent to which those may or

3    may not have been incorporated.

4        Q    Okay.  Let's mark this as Heist Exhibit 9.

5             (Thereafter Exhibit 9 was marked for

6             identification).

7    BY MR. SELDON:

8        Q    Now, do you recognize this document, seeing as

9    how you signed it.

10       A    It's our performance appraisal form.

11       Q    For whom?  For Mr. Beard for the performance

12   year ending January 31st, 2005; is that right?

13       A    Yes.

14       Q    And his first criterion discussed, submitting

15   audits that, was it criteria support proposed findings,

16   is that the idea?

17       A    Yes.

18       Q    Isn't this covered -- I'm sorry.  If you look on

19   page 3, Bates stamp 2303, these are the expectations, I

20   take it, for Mr. Beard's performance during the

21   particular year?

22       A    That's right.

MGB Reporting, Inc.

Page 93

1    Q    And these then provide the things that are

2    looked at, criteria looked at in terms of rating for this

3    year; is that right?

4    A    That's correct.

5    Q    So now if we look at the very bottom of this

6    page, where it says business practices, and it says,

7    adheres to prescribed audit standards and OIG policies

8    and directives, don't OIG policies and directives include

9    being certain that audits as issued follow approved

10   criteria and does support the findings in audits?

11   A    Yes.

12   Q    Next we have audit findings, and I think you

13   said coordinating legal issues with office counsel and

14   that Mr. Beard failed to do that repeatedly; is that

15   right?

16   A    Yes.

17   Q    Okay.  Once again, let's start with, wouldn't

18   coordinating draft audits with office of counsel be

19   required in part of adhering to OIG policies and

20   directives?

21   A    The audit operations manual does speak to

22   involving legal counsel when legal matters arise.

MGB Reporting, Inc.

Page 94

1    Q    And that would be in part of the procedures and

2   directives of office of audits?

3    A    Yes.

4    Q    Now, why don't we skip to the fourth one you

5   had.  I think it was a question of didn't adequately work

6   with the technical oversight and planning division; is

7   that the idea?

8    A    He didn't -- I believe I said he didn't address

9   comments or adequately address comments.

10   Q    Right.  From TOP?

11   A    From TOP.

12   Q    Now let's look at 2304, Bates stamp page 2304

13  under element 3, says improves coordination and

14  communication between and among the office audit staff

15  and various other organizational elements outside OIG.

16           I think we could agree that an organizational

17  element within OIG is TOP, right?

18   A    That's correct.

19   Q    And so this is a criterion -- I'm sorry, one of

20  the standards in which Mr. -- strike that.

21           This standard, does it not, relates to

22  Mr. Beard's coordination and communication with TOP, does

MGB Reporting, Inc.

Page 95

1    it not?

2        A      When you say this standard --

3        Q      The part of the standard, I guess, under element

4    3, improving coordination and communication between

5    office of audit staff and other organizational elements

6    within and outside OIG.

7        A      As it's stated, that's part of element 3.

8        Q      Right.  And that would mean coordinating and

9    working with TOP, right?  Or that would include that,

10   wouldn't it?

11       A      Would include, TOP would be an organizational

12   element.

13       Q      Would it?  When you were talking about -- strike

14   that.

15              And wouldn't this also include the requirement

16   in Mr. Beard's position to have improved coordination and

17   communication with elements with program offices in HUD

18   itself?

19       A      It could.  It's very general.

20       Q      It does, doesn't it?

21       A      Within and outside OIG.

22       Q      It does include, when it says outside of OIG, it

MGB Reporting, Inc.

Page 96

1   would include HUD program office?

2        A     Yes.

3        Q     Now, on the subject of -- this is a supervisory

4   set of standards for Mr. Beard, correct?

5        A     Correct.

6              (Whereupon a discussion was held off

7              the record).

8   BY MR. SELDON:

9        Q     One of the things we've been talking about was

10  Mr. Beard's telework approval for an employee, and

11  approval for an employee to go to work on a part-time

12  basis, remember that?

13       A     Yes.

14       Q     Was that two separate things or one thing?

15       A     I don't recall.

16       Q     Do you have any reason to believe that Mr. Beard

17  did so outside of, for any reason other than a good faith

18  mistake?

19             MS. MELNIK:   Objection.  Calls for speculation.

20             MR. SELDON:   I said did he have any reason to

21  believe.

22  BY MR. SELDON:

MGB Reporting, Inc.

Page 106

1    Q    When was that issued?

2    A    That I don't recall, but subsequent to the

3  issuance of the report.  The program office raised an

4  issue with respect to one of the findings, and

5  misapplication of criteria that the audit report asserted

6  applied to some recipients but in fact the organization

7  that received the funds, a guaranteed loan, was a

8  for-profit entity, and therefore, did not meet the

9  definition of a recipient, and as a consequence, there

10  was no basis for recovering, I think, if memory serves,

11  this approximately 7 million ineligible costs.

12    Q    The audit resolution -- I'm sorry, the audit

13  resolution process, does that include a standard

14  practice, discussions and exchanges with the subjects of

15  the audit report about whether or not audit findings are

16  correct and properly supported?

17    A    OIG normally does not have interaction with the

18  subject.  OIG's interactions are with the program, the

19  HUD program office.

20    Q    As part of the audit resolution process, is it

21  fair to say that the program office has discussions with

22  the subject of an audit about whether or not audit

MGB Reporting, Inc.

Page 117

1    A    Yes.

2    Q    What's your birth date, Mr. Heist?

3    A    June 8th, 1954.

4    Q    Makes you how old?

5    A    52.

6    Q    Who replaced Mr. Beard out in region 6?

7    A    Frank Baca.

8    Q    Do you know approximately or how old he is?

9    A    No.  I don't know how old he is.  I only know

10   that he's older than me, because I've heard him talk

11   about being a Veteran of Vietnam.  So since I narrowly

12   missed that, must be older than me.

13   Q    The problems that you've described that you had

14   coming out of region 6 when Mr. Beard was RIGA, have

15   those problems continued or not under Mr. Baca?

16   A    No.  Have not continued.

17   Q    The decision to take Mr. Beard from his

18   supervisory position out of region 6, was that based on

19   Mr. Beard's or affected by Mr. Beard's age?

20   A    No.

21   Q    Was the decision to implement the directed

22   reassignment of Mr. Beard influenced or affected in any

MGB Reporting, Inc.

Page 118

1    way by his prior EEO activity, or the settlement in '02?

2        A    No.

3        Q    Or the testimony that he gave in the Robert

4    Tighe EEO complaint?

5        A    No.

6        Q    Mr. Heist, what, if any, role, did you have in

7    the selection of Mr. Baca as the RIGA for region 6?

8        A    I was the selecting official.

9        Q    You mentioned that you discontinued the region

10   ranking system that Mr. Phelps had implemented.  Do you

11   recall that?

12       A    Yes.

13       Q    Did you discuss that before or after he retired?

14       A    It was before he retired.

15       Q    Why did you discontinue region ranking system

16   that Mr. Phelps had implemented?

17       A    I just came to the conclusion that the ranking

18   process attempted to -- was carried out in such a way

19   that it was too subjective.  It required too many

20   arbitrary assumptions to be made to get to the bottom

21   line ranking.  Any way of evaluating purchase performance

22   has subjective elements, and that has to be recognized.

MGB Reporting, Inc.

Page 124

1    Q    Anything else come to mind that Mr. Beard was

2    assigned to do 90 days after reassignment?

3    A    No.

4    Q    Anything at any time after that that comes to

5    mind?

6    A    Did an assessment of -- did a review of our

7    audit reports and looked as those audit reports for

8    consistency of reporting monetary benefits.

9    Q    Okay.  What else?

10   A    He was assigned to work on the peer review.

11   Q    Okay.

12   A    That was performed.

13   Q    Okay.  Anything else?

14   A    That's all that comes to mind.

15   Q    This award, Exhibit 11, was it based on things

16   other than Mr. Beard's performance in the core

17   competency-based performance task force?

18   A    Yes.

19   Q    Such as?

20   A    Would you like me to read it?

21   Q    In your own words, explain it for us.

22   A    Serving on task force representing OIG, outreach

MGB Reporting, Inc.

Page 125

1    to outside organizations.

2        Q    Is that -- go ahead.

3        A    Issuing audit reports, submitting four referrals

4    to the office of investigations, providing staff

5    assistance, office of investigation attorney's office and

6    financial audit.

7        Q    Did this have to do with Mr. Beard's management

8    of his office in region 6?

9        A    In part.

10       Q    I mean, those things that you just mentioned?

11       A    Yes.

12       Q    Okay.  Now, the regional rankings that were

13   discontinued, I just want to ask you, were you or were

14   you not present at a meeting when Mr. Donahue, the

15   inspector general, stated that awards would be given out

16   based on regional rankings at least in the office of

17   audits, if not other offices as well?

18       A    I do recall a meeting when such an award was

19   considered.

20       Q    And do you recall Mr. Donahue talking about

21   that?

22       A    I recall the talk.  I don't remember