MGB Reporting, Inc.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
D. MICHAEL BEARD,                  :
17 Rubins Walk                     :
Fredericksburg, VA  22405,         :
                                   :
            Plaintiff              : C.A. No. 06-0756 (GK)
                                   :
      v.                           :
                                   :
ALPHONSO R. JACKSON,               :
Secretary of Housing and           :
Urban Development,                 :
451 Seventh Street, S.W.           :
Washington, D.C.  20410,           :
                                   :
            Defendant              :

Friday, January 5, 2007

The discovery deposition of STANLEY J. McLEOD, a witness called for examination by counsel for the plaintiff, at the Offices of Robert C. Seldon & Associates, 1319 F Street NW, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and notary public in and for the District of Columbia, commencing at 9:42 a.m., when were present on behalf of the respective parties:

1  that was not written in accordance with the policies of
2  the -- I'm sorry, the policies of the Office Audit, final
3  audit report issued?
4      A    I don't recall any.
5      Q    I think you said they were policies and
6  procedures.  Do you recall any report that was finally
7  issued by Region 6 when it was under Mr. Beard's
8  supervision that was issued, other than in accordance
9  with the procedures proscribed by the policies of the
10 Office of Audit?
11     A    I don't recall.
12     Q    None come to mind?
13     A    No.
14     Q    What I'm going to do, I'm going to give you a
15 copy of the affidavit you executed in connection with the
16 investigation of Mr. Beard's formal administration
17 complaints, and what I'm going to do first is explain to
18 you first how this works.  I'm going to give one to the
19 reporter to mark as McLeod Exhibit 1 in this case.
20 That's the copy you're going to be working from.  I'm
21 going to give a courtesy copy to attorney Melnik.  We're
22 going to wait until you both have copies.

MGB Reporting, Inc.

Page 18

1        (Thereafter Exhibit 1 was marked for

2        identification).

3   BY MR. SELDON:

4        Q    Mr. McLeod, first and foremost, do you recognize

5   this document?

6        A    Yes, I do.

7        Q    What is it, to your knowledge?

8        A    I was asked to voluntarily put an affidavit

9   together about my recollection of our interaction with

10  Michael's district, Mr. Beard's district.

11       Q    Would it be fair to say you put this together

12  from questions that were given to you by the investigator

13  in Mr. Beard's case, if you recall?

14       A    I don't believe there was any questions.  I

15  think I was told there was a complaint, and I was asked

16  if I would put an affidavit together about my

17  recollection of the interaction we had with Mr. Beard's

18  region.

19       Q    Let's look at paragraph No. 4 on page 1.  Says,

20  my organization was required to work with the various

21  regional offices to assure that the audit reports issued

22  by the regions for headquarters were in full compliance

MGB Reporting, Inc.

Page 19

1  with auditing standards.

2         Do you recall at any time when Mr. Beard was the
3  head of HUD OIG Audit Region 6, any time that a final
4  audit report was issued by Region 6 under his supervision
5  that was not in full compliance with OIG auditing
6  standards?

7      A    I don't recall any, no.

8      Q    Nothing comes to mind?

9      A    No.

10     Q    Now, as we go down in this paragraph, it says,
11  the slightest change in their reports, meaning, I believe
12  it means Mr. Beard's regional office reports --

13     A    Yes.

14     Q    -- were taken by the complainant's staff as a
15  personal affront on their credibility.

16         What I'd like you to do, elaborate for me,
17  sitting here today, who you meant by the complainant's
18  staff.

19     A    William Nixon comes to mind.

20     Q    Anyone else?

21     A    No.

22     Q    I see in the sentence that you did not refer to,

MGB Reporting, Inc.

Page 22

1    Q    My first question, though, is, did Mr. Beard
2    needlessly argue for hours about how language should
3    remain in the reports?
4    A    I don't recall.
5    Q    You don't recall him ever doing that, I take it?
6    A    No.
7    Q    Who did you mean to include when you said, "they
8    would needlessly argue for hours"?
9    A    They would be the folks that worked on the audit
10   report, because many of these reports we would have
11   conversations, and his whole staff were in the room to
12   discuss the audit.
13   Q    Did Mr. Nixon needlessly argue for hours over
14   language in a report?
15   A    He was a predominant one, yes.
16   Q    Can you give me an example of when Mr. Nixon
17   needlessly argued for hours over language in a draft
18   report.
19   A    Well, one example would be the CVR report.
20   Q    And you definitely recall Mr. Nixon arguing for
21   hours, as you put it in your affidavit, about language in
22   the report?

MGB Reporting, Inc.

Page 28

1   issue an audit report that was approved for issuance by
2   Mr. Heist?
3       A    That I can recall.
4       Q    Do you recall any instance in which Mr. Beard's
5   region, including Mr. Beard, issued an audit report that
6   Mr. Heist did not approve for issuance?
7       A    Not that I can recall.
8       Q    Can you recall any instance in which Mr. Beard's
9   region, including him, took any official action on behalf
10  of the Department of Housing and Urban Development that
11  was not approved by Mr. Heist?
12      A    Not to my knowledge.
13      Q    And I guess probably what Mr. Johnson would like
14  me to be clear about, this is all to the extent of your
15  knowledge, I take it, as opposed to the ultimate universe
16  of actions?
17      A    That's correct.
18      Q    Do you know of any circumstance in which
19  Mr. Beard's region, including Mr. Beard, issued some
20  action or on behalf of the Department of Housing and
21  Urban Development that was not approved by Mr. Heist?
22      A    I think you already asked that question.

MGB Reporting, Inc.

Page 31

1  ones.

2           MS. MELNIK:  Okay.

3  BY MR. SELDON:

4       Q    Let's try it again.

5            Are you aware of any audit reports, meaning

6  final ones, issued by Region 6 that were issued that did

7  not meet OIG audit standards?

8       A    Not to my knowledge.

9       Q    And do you recall any circumstance in which they

10  were directed to issue an audit that did not meet audit

11  standards?

12      A    I don't understand the question.

13      Q    Well, someone could have said, I'm not saying

14  they did, this is an example, someone could have said,

15  well, it doesn't meet our standards, but let's get it out

16  of here anyway.  Anything --

17      A    No.

18      Q    Okay.  Which audits, if any, did Mr. Beard, was

19  Mr. Beard not as knowledgeable of all the facts of --

20  strike that.

21           Which audits, if any, was Mr. Beard not as

22  knowledgeable about the facts of audits?  Strike that.

MGB Reporting, Inc.

Page 32

1  Let's try again.
2          Which audits, if any, was Mr. Beard not
3  knowledgeable in terms of the facts?
4      A   I'm not sure.  I don't know that I can answer
5  this question two and a half, two years later.
6      Q   Any come to mind?
7      A   There was a few audits that were outstanding
8  when I left, one being CVR.  There were problems on other
9  audits, but I don't recall all the details.
10     Q   What did you do in terms of getting ready for
11 your deposition today?
12     A   I met with Ms. Melnik and --
13     Q   Don't tell me what was exchanged between you --
14     A   Nothing was exchanged.
15     Q   No.  I meant what was discussed.  But it is all
16 right to say that you met with somebody.  Did you meet
17 with anybody else?
18     A   No.
19     Q   To your knowledge, when Region 6 was under
20 Mr. Beard's supervision, were there any audits that were
21 not supported by the facts?
22     A   Not to my knowledge.

MGB Reporting, Inc.

Page 33

 1     Q    Were there any that they were -- strike that.
 2          When, if ever, did you bring to Mr. Heist's
 3   attention that Mr. Beard was not knowledgeable about
 4   facts of audits?
 5     A    I don't recall.
 6     Q    Nothing comes to mind?
 7     A    No.
 8     Q    Do you recall Mr. Heist ever commenting that to
 9   you?
10     A    No.
11     Q    Do you recall ever being in a meeting with
12   Mr. Heist in which, and by this I mean and with the staff
13   that he commented, not to you, that Mr. Beard was not
14   knowledgeable about the facts of audits?
15     A    No.
16     Q    Do you recall being in any such meeting with
17   Region 6 staff in which Mr. Heist stated that
18   complainant's staff was not knowledgeable about audits?
19     A    No.
20     Q    We need to go back for a minute.
21          These meetings that Mr. Heist was in, other than
22   and you Mr. Heist and the Region 6 staff, who else, if