MGB Reporting, Inc.

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - -x

D. MICHAEL BEARD,              :

      Plaintiff,           :   Civil Action Number

  vs.                          :   06-0756 (GK)

ALPHONSO R. JACKSON,           :

Secretary Of Housing And       :

Urban Development,             :

      Defendant.           :

- - - - - - - - - - - - - -x

DEPOSITION OF MICHAEL R. PHELPS

Washington, DC

Tuesday, March 13, 2007

REPORTED BY:

  DAVID L. HOFFMAN

9805 Korman Court, Potomac, MD 20854
301-983-9315 ~ www.mgbreporting.com

MGB Reporting, Inc.

Page 15

1  you get any communication from anyone else, which

2  conveyed Mr. Heist's understanding of that matter?

3      A    My only recollection is that I was told

4  that a settlement had been reached and that we were

5  going to work better together.

6      Q    What about in preparing your statement as

7  part of the Report of Investigation, the one I just

8  showed to you?

9      A    I do not recall having any discussions

10 prior to the time I met with the EEO Investigator.

11     Q    Mr. Beard reported to you, I take it,

12 reported in January 10th, 2005, reported to

13 headquarters?

14     A    Sounds like the right date.

15     Q    And he reported in as your deputy, I take

16 it -- sorry, as a special assistant to you?

17     A    Yes, he did.

18     Q    What assignment did you have ready for him

19 to work on, on that day?

20     A    I don't recall.

21     Q    What assignments did you have him ready to

22 work on in the coming months?

1    A    He worked on core competencies.

2    Q    How much time?

3    A    I don't recall.

4    Q    Is that an assignment that, to your view,
5 is commensurate with some duties and experience, as
6 an experienced Grade 15 auditor?

7    A    Absolutely.

8    Q    What else did you have him work on in
9 that first month after he was there?

10    A    I don't recall.

11    Q    Wasn't he working on the core
12 competencies, that project before Mr. Beard reported
13 to Washington, D.C.?

14    A    He was working on some portions of it.

15    Q    Was there any reason that he needed to be
16 in Washington, D.C. to work on that?

17    (Pause.)

18    A    Probably not.

19    Q    What did you have, if you can recall
20 anything, Mr. Beard working on in the second month
21 after he reported, and as your special assistant?

22    A    I don't recall.

1    Q    What if anything can you recall that Mr.
2    Beard worked on in the third month after he reported
3    and as your special assistant?
4    A    I don't recall.
5    Q    What is the first assignment you recall
6    giving to Mr. Beard?
7    A    Core competencies.
8    Q    What is the second?
9    A    I don't recall.
10   Q    As I look in your EEO statement at page 6,
11   which you are free to look at or not, depending on
12   what you want to do -- and I want to also say you can
13   review as much or as little of it as you like.
14       But I'm focusing in on the job reference,
15   if you will.  What I'm going to do --
16       MR. SELDON:  I'm going to ask the Reporter
17   to mark that as Exhibit 1.
18       (Phelps Deposition Exhibit Number 1 was
19       marked for identification.)
20       BY MR. SELDON:
21   Q    I'm going to focus on the part that's on
22   the bottom half of page 6 of your statement.  You can

```
 1   read that or not; you can read as much of your

 2   statement as you like.  It's entirely up to you.

 3              Whenever you're ready to go --

 4        A    Go ahead.

 5        Q    How did this contact get initiated from

 6   Mr. Reardon at the Department of Defense, with you?

 7        A    He called me.

 8        Q    What did he say?

 9        A    I believe he said he had interviewed Mr.

10   Beard for a position with DOD, and asked me for my

11   impressions of Mr. Beard.

12        Q    Then it says in here, "I told Mr. Reardon

13   a lot of positive things about the Complainant."

14              What, exactly, did you tell him?

15              (Pause.)

16              MR. SELDON:  The record ought to reflect

17   there's a pause by the witness.

18              (Pause.)

19              THE WITNESS:  Can we put it on the record

20   that this was a couple of years ago?

21              BY MR. SELDON:

22        Q    Sure.
```

MGB Reporting, Inc.

Page 20

1    Q    What did you tell Mr. Reardon that was not
2    positive about Mr. Beard?
3    A    Mr. Reardon asked me why Mr. Beard came to
4    Washington.
5    Q    Okay.
6    A    I told him that we had gone through a
7    change in administration within the OIG at HUD, and
8    things changed as far as the way we did business.  It
9    used to be that the field managers were empowered to
10   work entirely independently and make their own
11   decisions and issue their own reports and do whatever
12   it was they wanted to do.
13        We now had a new Inspector General, and we
14   were going in a different direction, as far as the
15   way we conducted our business.  We were very much
16   control-oriented regarding what was going on in the
17   field and what managers were doing, and that Mr.
18   Beard had trouble getting -- making that transition
19   to that method of operation.
20   Q    Did you state or imply that the source of
21   performance problems was on Mr. Beard's part?
22   A    I did not.

MGB Reporting, Inc.

Page 31

```
 1      A      I don't know.
 2      Q      Did you hear about this initially from Mr.
 3   Heist, or did you initially tell someone, or was it
 4   anything at all?
 5      A      My recollection was, I heard it from Mr.
 6   Heist.
 7      Q      What do you recall Mr. Heist telling you
 8   then?
 9      A      That he had had discussions with Mr.
10   Stephens; that things had reached a point where the
11   problems we were having, we just weren't going to
12   deal with anymore, and that Mr. Beard was going to be
13   reassigned.
14      Q      And these discussions you had with Mr.
15   Heist, I take it, were before Mr. Beard was
16   reassigned?  In other words, you didn't learn about
17   it after the fact?
18      A      No, it was before.
19      Q      How was it decided, if you know, that Mr.
20   Beard would be your special assistant?
21      A      Mr. Heist told me.
22      Q      Is it fair -- and correct me if I'm wrong
```

MGB Reporting, Inc.

Page 40

```
 1      Q    You said they generally would go under a
 2   performance improvement plan.
 3      A    Let me change that, then.  If they were
 4   failing, they would go under a performance
 5   improvement plan.
 6      Q    Okay.
 7           I'm going to show you Heist Exhibit 9,
 8   which is a performance appraisal that you were the
 9   rating official of, for Mr. Beard, for the period
10   beginning in March of 04 and continuing through 05.
11           MR. SELDON:  I've just got the one copy
12   and I can make more, if you need it.
13           (Handing document to witness.)
14           BY MR. SELDON:
15      Q    I'll let you look at that as much as you
16   like.
17           (Pause.)
18      A    Okay.
19      Q    You signed this as the rating official,
20   right?
21      A    Yes.
22      Q    Would it be fair to say, as we look on
```

1   page 3, that Mr. Beard is rated under No. 2, that you

2   rated him, under the Business Practices, which

3   include management of his region?

4        A    Yes.

5        Q    Now let's assume -- does No. 1 relate to

6   how audits are conducted under his supervision and

7   whether they comply with OIG requirements and

8   standards?

9        A    Yes.

10       Q    Is there anyplace in the listing of

11  standards, that concerns in any manner, shape, or

12  form, how Mr. Beard or his region related or was to

13  relate to the TOP Division, Technical Oversight and

14  Planning?

15            (Pause.)

16       A    There's a lot of places that it comes into

17  play, probably none in Element 2 in the Business

18  Practices.  Program mission objectives, selects

19  and/or manages audits in a productive and efficient

20  manner in support of goals and objectives.

21            TOP, they knew what our goals and

22  objectives were.  They were approving whether or not

1  audits got started or not and whether or not they
2  were in line with that.
3         He would interact with them on that.
4  Establishes work plans, milestones.
5     Q   Okay.  Do you remember giving Mr. Beard or
6  being responsible for him receiving a Special
7  Achievement Award for the HANO audit?
8     A   I do not remember, even when that was, but
9  sitting here thinking about it, it was probably when
10 Kathy Kuhl-Inclan was here.
11    Q   You don't know for sure?
12    A   I don't know for sure.
13    Q   As you were the rating official, did you
14 have an understanding of what it meant to give an
15 employee's performance you were appraising, a fully-
16 satisfactory rating?
17    A   Sure.
18    Q   I'm sorry, a successful rating.  I didn't
19 mean fully-satisfactory; I meant successful.
20        MS. MELNIK:  What was the question?  I'm
21 sorry.
22        MR. SELDON:  In his service as a rating

1  official, what understanding did he have that giving

2  an employee a successful rating, meant.

3          THE WITNESS:  Is that the terminology in

4  our rating sheets?  I don't recall.

5          (Handing document to witness.)

6          BY MR. SELDON:

7      Q    I'll give you Heist Exhibit 9 and let you

8  look.

9      A    We called it successful, pass/fail.  Oh,

10 okay, "successful" meant that you were doing the job

11 in an acceptable manner.

12     Q    Did you have the occasion at all to

13 participate in the reassignment of a Regional

14 Inspector General for Audit or an Office Director in

15 the Office of Audit?  Here's the important part:

16 Whose office was not abolished?  Who had received one

17 or more successful performance ratings?

18     A    Was I involved?

19     Q    Yes.

20     A    I would have been involved in Mimi Lee's.

21     Q    Her office was moved, though, was it not?

22     A    That's right, the regional office was