MGB Reporting, Inc.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
D. MICHAEL BEARD,                  :
17 Rubins Walk                     :
Fredericksburg, VA  22405,         :
                                   :
            Plaintiff              : C.A. No. 06-0756 (GK)
                                   :
         v.                        :
                                   :
ALPHONSO R. JACKSON,               :
Secretary of Housing and           :
Urban Development,                 :
451 Seventh Street, S.W.           :
Washington, D.C.  20410,           :
                                   :
            Defendant              :

Friday, January 5, 2007

The discovery deposition of MICHAEL P. STEPHENS, a

witness called for examination by counsel for the

plaintiff, at the Offices of Robert C. Seldon &

Associates, 1319 F Street NW, Washington, DC, before

Tracy E. Barksdale, Certified Shorthand Reporter and

notary public in and for the District of Columbia,

commencing at 12:04 p.m., when were present on behalf of

the respective parties:

MGB Reporting, Inc.

Page 20

1                (Thereafter Exhibit 3 was marked for
2                identification).
3    BY MR. SELDON:
4       Q    This is a document which I'll represent to you
5    is the memorandum that was given to Mr. Beard by
6    Mr. Heist, effecting his reassignment.
7            Was this document reviewed by you?
8       A    It was not.
9       Q    Just so it's clear, third page is a memo that
10   allows Mr. Beard to accept or decline the reassignment.
11           I take it that -- let's go back to your EEO
12   statement, you talked about concurring in the decision to
13   reassign Mr. Beard.  Was it presented to you that the
14   decision for you to concur in was specifically to
15   reassign Mr. Beard?
16      A    Yes.
17      Q    And was it presented to you to reassign
18   Mr. Beard to Washington, DC?
19      A    Yes.
20      Q    Was that presented to you on the basis of
21   performance and/or conduct or which?
22      A    Well, I think a multitude of things.  One, a

MGB Reporting, Inc.

Page 21

1  decision had been made by the Office of Audit that they

2  had no confidence in him continuing as the boss in

3  Fort Worth and that they had a position that they needed

4  him in Washington, DC.

5      Q    What position did they explain to you that they

6  needed Mr. Beard to do?  They being Mr. Heist and/or

7  Mr. Phelps.

8      A    I believe it's called special assistant to

9  Mr. Heist.

10     Q    Mr. Heist being --

11     A    The Inspector General Audit.

12     Q    Did they tell you, either one, what Mr. Beard

13 would be doing?

14     A    Not specifically.

15     Q    Do you recall generally?

16     A    Special projects, things that Mr. Heist needed.

17     Q    Did they give you any indication what those

18 projects would be?

19     A    No.

20     Q    Was this position encumbered before Mr. Beard

21 was placed into it?

22     A    I don't know.  What do you mean by the word

1   encumbered?

2   Q    Let's put it this way.  Was someone in that

3   position before Mr. Beard?

4   A    Well, there is another special assistant;

5   Mr. Heist has, I believe, one or two, I'm not sure.  I

6   don't think the position that he took someone had it

7   before.

8   Q    Did Mr. Heist or Mr. Phelps explain to you why

9   they needed another special assistant?

10  A    No.

11  Q    Did you intend that the Regional Inspector

12  General position Mr. Beard would be vacating would be

13  filled permanently?

14  A    Yes.

15  Q    Did you have any concern about whether this

16  would essentially be using FTE for Mr. Beard to do a job

17  that, to your recollection, had previously not been

18  performed?

19  A    Not at all.

20  Q    Did it bother you, concern you in any way that

21  there were any shortages in audit staff that couldn't be

22  filled by doing this?