# PLAINTIFF'S EXHIBIT 1

U.S. Department of Housing and Urban Development   *ATTACHMENT*

# Office of Inspector General
451 7th St., S.W.
Washington, D.C. 20410-4500

January 5, 2005

MEMORANDUM FOR: D. Michael Beard, Regional Inspector General for Audit, 6AGA

FROM: James A. Heist, Assistant Inspector General for Audit, GA

SUBJECT: Directed Reassignment

    For the efficiency of the service, I am transferring you to a special assistant position in Headquarters effective March 6, 2005, which means that you will report to your new office in Washington, DC on Monday, March 7, 2005.

    Your relocation expenses will be paid by the OIG in accordance with standard government travel regulations. However, this is not an authorization for you to incur any expenses connected with relocation at this time. Additional travel information will be sent to you upon receipt of the enclosed form indicating your acceptance of the reassignment.

    If you decline this reassignment, the OIG would have no choice but to initiate action to separate you for failure to accept a directed reassignment. However, if you choose to decline the reassignment, you may elect to resign in lieu of an involuntary separation. Certain involuntary separations qualify an employee for a discontinued service retirement, including separations due to reassignments outside the commuting area when no mobility agreement exists such as in this case. Therefore, if you choose to decline reassignment and resign, or if you are involuntarily separated by the OIG for failure to accept this directed reassignment, you may be eligible for retirement under the discontinued service annuity option upon approval by the Office of Personnel Management. If you would like further information regarding discontinued service retirement, you may contact Ms. Ehren Clovis, Bureau of the Public Debt, on (304) 480-6813.

    If you decline the reassignment and receive from the OIG a proposed removal for failure to accept a directed reassignment, you will be eligible for the Career Transition Assistance Program (CTAP) and the Interagency Career Transition Assistance Program (ICTAP). These programs entitle employees to priority placement for positions for which they apply and are found to be well-qualified. Under CTAP, your eligibility begins on the date of a proposed removal letter, and expires upon the date of your



resignation (should you decide to resign), retirement, removal from the OIG, or receipt of another permanent position in any agency at any grade level. Under ICTAP, your eligibility begins on the date of a proposed removal letter and expires in one year or upon your accepting or declining an offer of a permanent position. The CTAP operates only within the OIG and HUD whereas ICTAP provides you with the opportunity to apply for jobs in all federal agencies within the local commuting area. Further information can be found in the OIG Manual Chapter 1330 dated October 2001.

Enclosed is a reply memorandum for you to indicate your decision. Please complete and return the memorandum to me within 15 calendar days from the date of this memorandum to indicate whether you accept or decline the reassignment. If you fail to respond, the lack of a response will be considered as a declination of the reassignment. You should be aware that you may change whatever decision you make as long as it is *prior* to the effective date of March 6, 2005. If you accept the reassignment and would like me to extend the effective date, please submit a written request, indicating your proposed revised effective date along the reason(s) for the extension, no later than February 28, 2005.

If you have any questions regarding this reassignment, feel free to call Michael Phelps or me.

Attachment

2

Attachment

MEMORANDUM FOR: James A. Heist, Assistant Inspector General for Audit, GA

FROM: D. Michael Beard, Regional Inspector General for Audit, 6AGA

SUBJECT: Directed Reassignment

In response to your January 5, 2005 memorandum directing my reassignment,

_____   I accept the directed reassignment at my present grade to the position of Special Assistant, Office of Audit, Washington, DC, effective March 6, 2005.

_____   I decline the directed reassignment.


_____                                _____
D. Michael Beard (Signature)                                              Date