# PLAINTIFF'S EXHIBIT 4

Case 1:06-cv-00756-GK    Document 20-17    Filed 08/06/2007    Page 1 of 2

# Recommendation for Performance and Incentive Awards

U.S. Department of Housing and Urban Development
Office of Human Resources

**A. Award Processing** 6/13/2004

**5. Type of Award Recommended**
a. ☒ Performance   b. ☒ Superior Accomplishment (Special Act or Service)   c. ☐ Spot   d. ☐ Time-off   e. ☐ Suggestion   ☒ Individual ☐ Group

**6. No. of Persons Receiving the Award**

**B. Employee Information/Recommendation**

| 7. Employee's Name | 8. Social Sec. No. | 9. Pay Plan Grade/Step | 10. Position Title | 11. Bargaining |
|---|---|---|---|---|
| Beard, D. Michael | 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 | GS-511-15 | RIGA, Region 6 | ☐ Yes ☐ No |

| 12. Organization | 13. Organization Code | 14. Budget Code | 15. Appropriation Code | 15a. Sub Object Code |
|---|---|---|---|---|
| Southwest Region, Office of Audit | LGA 999999 | GA | 8640189 | |

16. Type and Date of Awards received within current fiscal year

19. Recommended Award: 2,000

17. ☐ Tangible Benefits ☒ Intangible Benefits

22. Signature of Recommending Official: M Phelps   Date: 5/27/04

25. Period of Accomplishment: From 2-1-03 To 1-31-04

**24. Award Justification**

Mr. Beard's recent accomplishments demonstrate his dedication to the OIG by serving on task forces and representing the OIG through involvement and outreach with outside related organizations. Since the beginning of the Fiscal Year, Mr. Beard issued 12 audit reports with $1,467,982 in questioned costs; $443,843 in ineligible costs and $2,571,075 in funds put to better use. Two of these audits met the significant criteria of findings over $500,000. Mr. Beard also submitted four referrals to the Office of Investigations. Mr. Beard has also provided staff to assist the Office of Investigation, the US Attorney's Office and the Financial Audit. Mr. Beard Chaired a special task force that developed the Core Competencies in a new Competency Based Performance Appraisal system to be used in future Performance Appraisals. Mr. Beard presented the System to the Employee Advisory Council, the RIGS and to the ARIGs at the ASAC-ARIGA Conference in San Antonio, TX. Mr. Beard has represented the HUD OIG positively by being elected to a 2-year term on the Executive Board of the Southwest Intergovernmental Audit Forum and presenting information on IG Act and recent PIH audit reports and investigations to the Louisiana Council of Public Housing Authorities.

**C. Award Approval/Concurrence**

27. Office Director (signature & date): James Heist 5/28/04

Entered on 6/9/2004
Effective on 6/13/2004
Payout on 7/8/2004

Euce 6/9/04

Previous editions are obsolete    form HUD-840 (12/99)

Δ π EXHIBIT 11
Deponent Heist
Date 2-14-07 Rptr. tcb
WWW.DEPOBOOK.COM

02299