PLAINTIFF'S EXHIBIT 5

# Ranking By Performance Measures
## (September 2005)

| MEASURE (As of 9/30/2005) | R-1 | R-2 | R-3 | R-4 | R-5 | R-6 | R-7&8 | R-9&10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Reports Issued | 10 | 11 | 14 | 17 | 19 | 24 | 21 | 26 |
| Annual Goal (Weight 20%) | 9 | 12 | 17 | 19 | 24 | 14 | 16 | 22 |
| Total Monetary Benefits - Identified | 50,179,291 | 24,184,263 | 164,979,198 | 62,766,307 | 107,369,397 | 87,788,645 | 40,787,825 | 88,052,119 |
| Annual Goal (Weight 25%) | 24,098,663 | 31,013,544 | 37,525,534 | 47,974,563 | 41,110,642 | 35,274,305 | 39,643,792 | 57,300,360 |
| Percentage of Monetary Identified to Goal (Ranking limited to 200%) | 208% | 78% | 440% | 131% | 261% | 249% | 103% | 154% |
| Annual Goal (200%) | | | | | | | | |
| Percentage of Management Decisions Resulting in Disallowance of Funds | 96% | 82% | 99% | 98% | 85% | 97% | 99% | 97% |
| Annual Goal (5%) | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| Percentage of Audits Completed Within Organizational Time Limits - 240 Days to Draft Report (Excludes Financial Audits) | 50% | 91% | 94% | 89% | 83% | 86% | 94% | 96% |
| Annual Goal (20%) | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| Percentage of Audits Completed in Less Than 3,000 Staff Hours for Internal Audits (Excludes - Financial Audits) and 2,000 Staff Hours for External Audits | 50% | 36% | 82% | 79% | 58% | 95% | 88% | 77% |
| Annual Goal (10%) | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| Percentage of Management Decisions Reached Within 120 Days of Report Issuance | 95% | 100% | 99% | 75% | 94% | 87% | 89% | 81% |
| Annual Goal (5%) | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| Percentage of Audits Completed within Organization Time Limits | 60% | 82% | 76% | 95% | 83% | 81% | 81% | 81% |
| Annual Goal (15%) | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |

| Region | Score-Array | Ranking (computed) |
| --- | --- | --- |
| R-1 | 118.9407096 | 6 |
| R-2 | 98.50892611 | 8 |
| R-3 | 142.035606 | 3 |
| R-4 | 120.9355201 | 5 |
| R-5 | 142.5391705 | 2 |
| R-6 | 147.4201681 | 1 |
| R-7&8 | 114.6878318 | 7 |
| R-9&10 | 129.3305881 | 4 |




Δ π EXHIBIT 2
Deponent Heist
Date 3-14-07 Rptr
WWW.DEPOBOOK.COM