PLAINTIFF'S EXHIBIT 6

EXHIBIT F15

### U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
### OFFICE OF INSPECTOR GENERAL
### PERFORMANCE PLAN AND APPRAISAL FORM

**Part I. IDENTIFYING INFORMATION**

| Employee Name **D. Michael Beard** | Social Security Number | Appraisal Period From: February 1, 2004 | To: January 31, 2005 |
| --- | --- | --- | --- |

| Title, Series, and Grade Regional Inspector General for Audit    GS-511/15 | Organization Unit and Location HUD/OIG/AUDIT/Southwest Region, Fort Worth, TX |
| --- | --- |

**Part II. PERFORMANCE PLAN  (Complete Part II a. or Part II b.)**

**Instructions to Supervisor (Rating Official):** Discuss performance plan with employee.  If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period.  Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan.  Maintain original to document progress review and final ratings.

| Name of Rating Official  Signature | Date  3/5/04 |
| --- | --- |
| Name of Approving Official  Signature | Date  3/10/04 |
| Employee Signature (Certifies Performance Plan has been discussed.) | Date of Discussion  3/16/04 |

**Part III. PROGRESS REVIEW**

**Instructions to Supervisor (Rating Official):** A minimum of one progress review is required during the appraisal period.  The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date_____

Employee Signature/Date_____

**Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)**

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

**Part V. RATING (CHECK TYPE OF RATING)**    ☒ Annual Rating    ☐ Interim Rating

| ☒ | Successful | All elements rated successful. |
| --- | --- | --- |
| ☐ | Unacceptable | One element rated unacceptable results in a final rating of unacceptable. |

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Name of Rating Official  Signature | Date  3/28/05 |
| --- | --- |
| Name of Approving Official  Signature | Date  4/1/05 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me.  This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | Date of Discussion  4/19/05 |

1

## Part II b. Supervisor Performance Plan

| Elements: | Rating | |
|---|---|---|
| | Successful | Unacceptable |
| 1.   Program/Mission Objectives  (as shown below) | ☒ | ☐ |
| 2.   Business Practices | ☒ | ☐ |
| 3.   Leadership/Management Practices | ☒ | ☐ |

Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here, or attached.
**SEE ATTACHED**

1. Particular attention must be given to the OIG Strategic Plan and related performance goals established for the Office of Audit.
2. Particular attention must be given to improving the quality and timeliness of audit reports in accordance with revised reporting requirements.
3. Particular attention must be given to focusing efforts on audits, which address the top management challenges facing the Department and the President's Management Agenda, along with the other priority areas in the OIG audit plan.
4. Particular attention must be given to evaluating the potential for using Computer Assisted Audit Tools, in particular ACL, to assist in data analysis during each audit.

**Part IV a. EMPLOYEE INPUT FOR PERFORMANCE RATING (Optional)**
Employees are encouraged to list their accomplishments during the appraisal period as input to their final rating.

**Part V a. SUPERVISOR NARRATIVE SUMMARY OF PERFORMANCE (Optional)**
Supervisors are encouraged to provide qualitative information about performance.

HUD-OIG Form 430a
February 2000

**The expectations listed below apply to the duties identified in your position description as well as any assignment given to you by those having authority to do so. "Acceptable performance on each element is achieved when an employee usually and with consistency meets the standards identified for the element."**

## Element 1. Program/Mission Objectives

**Supports the development and implementation of an audit program which addresses the most significant needs and priorities of the Department, and demonstrates awareness of Departmental vulnerability to fraud, waste and mismanagement.**

- Selects and/or manages audits in a productive and efficient manner in support of OIG goals and objectives.
- Establishes work plans that are realistic and are responsive to OIG goals and priorities.
- Plans specific milestones to permit successful monitoring and control of audit accomplishments.
- Is flexible and responsive to changes in priorities and needs.
- Assures the conduct of comprehensive evaluations of major HUD programs and the issuance of high quality and meaningful audit reports.
- Assures priority attention is given to issues relating to HUD's Management Challenges and the President's Management Agenda.
- Develops quality documents/reports that support and enhance efforts in equity skimming and housing quality standards violations.

## Element 2. Business Practices

**Manages the region operations efficiently and effectively by establishing meaningful goals and objectives and then directing staff and other resources in goal accomplishments.**

- Assures that written products are logical and accurate, are written in clear, understandable English, are thoroughly researched, meet deadlines, and contain conclusions and recommendations based on sound data analysis.
- Administers an effective and timely audit follow-up system for controlled audit recommendations.
- Assures that administrative records and files are current, accurate, and complete.
- Assures that administrative reports are timely and accurate.
- Ensures appropriate handling of budgets and resources for the region.
- Adheres to prescribed audit standards and OIG policies and directives.

- Supports the continued implementation of Computer Assisted Audit Tools (CAATS).
- Represents the OIG at meetings with HUD officials and staff, the GAO, other Federal Departments and professional groups.

## Element 3. Leadership/Management Practices

**Provides effective leadership to the region to assure accomplishment of the OIG mission.**

- Accepts full responsibility for the actions and performance of the region and gives due credit to those who work diligently for the accomplishment of organizational goals and objectives. Uses appropriate rewards and corrective action principles in employee management.
- Improves coordination and communication between and among Office of Audit staff and various other organizational elements within and outside OIG.
- Keeps the AIGA and Deputy AIGA timely and appropriately informed on issues.
- Tells employees what is expected, advises them of necessary changes as job progresses, and holds them responsible for timely completion of work assignments.
- Effectively acts in maintaining staff at full strength.
- Uses available training resources to provide both individual development for staff and increased effectiveness for the organization.
- Takes all actions required to plan and implement the appropriate AEP plan (recruiting, hiring, training, promoting, counseling, etc.)
- Demonstrates interest in and sensitivity to EEO and the value of Diversity by taking individual actions that indicate his/her level of personal commitment and understanding.
- Attends and ensures that appropriate staff attends appropriate EEO/Cultural Diversity training.
- Counsels subordinates on equal opportunity and nondiscriminatory behavior within the workplace.

**PERFORMANCE RATING FOR PERIOD 2-1-04 THROUGH 1-31-05**

**Michael Beard**

I have reviewed Mr. Beard's self-assessment and generally
agree with it. Mr. Beard continued to do a very good job
leading the Core Competencies project for the Office of
Audit. During the coming year he will be called upon to
refine and expand the use of core competencies in the
Office of Audit.

Attachment for Performance Plan & Appraisal Form
D. Michael Beard

1. Program Mission

During the reporting period, Mr. Beard issued 16 audit reports with $109 million in
questioned costs. Additionally, HUD sanctioned three individuals based on Region VI
work. Mr. Beard also made a several referrals to the office of investigation and provided
support to the HUD Financial Statement effort. For FY 2004, Mr. Beard led his region to
greatly improve their standing compared to other regions. For FY 2003, Headquarters
rated Region 6 12th out of 13. Mr. Beard improved this standing in FY 2004 and
Headquarters rated Region 6 5th out of 13.

2. Business Practices

Mr. Beard continues to ensure CAATs are used appropriately on all Regional jobs.

3. Leadership/Management Practices

The Southwest Intergovernmental Audit Forum elected Mr. Beard to serve a two-year
term on its Executive Board.

Mr. Beard was selected to lead a task force to update the auditor-training matrix. He
expanded the task forces' objective to include updating the appraisal and individual
development plans, and link all of the process to auditor core competencies. He prepared
a power point presentation and showed it to the Regional Inspectors General,
Headquarters management, and the Employee Advisory Group and the system was tested
in FY 2004. Mr. Beard answered questions from the various regions and directorates
during the first attempt to rate auditors using the new system. Mr. Beard was given a
Special Achievement Award for his work updating the auditor appraisal..

Mr. Beard's office is well known for its camaraderie and ability to produce. Mr. Beard
creates an atmosphere where people like to work. The office has continual office
gatherings to foster morale and bonding, such as Friday lunch, office outings to a local
lake, and sporting events. The office is also very active in the Toy for Tots campaign.

Mr. Beard made presentations to several groups during the year and the Region asked
him to provide presentations to its interns as well as executive directors of housing
authorities and CPD directors, which he did.

**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**OFFICE OF INSPECTOR GENERAL**
**PERFORMANCE PLAN AND APPRAISAL FORM**

### Part I. IDENTIFYING INFORMATION

| Employee Name<br>**D. Michael Beard** | Social Security Number | Appraisal Period<br>From: February 1, 2003 | To: January 31, 2004 |
|---|---|---|---|

| Title, Series, and Grade<br>Regional Inspector General for<br>Audit        GS-511/15 | Organization Unit and Location<br>HUD/OIG/AUDIT/Southwest Region, Fort Worth, TX |
|---|---|

### Part II. PERFORMANCE PLAN   (Complete Part II a. or Part II b.)

**Instructions to Supervisor (Rating Official):** Discuss performance plan with employee. If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period. Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan. Maintain original to document progress review and final ratings.

| Name of Rating Official<br><br>Signature | Date<br>3/17/03 |
|---|---|
| Name of Approving Official<br><br>Signature | Date<br>3/21/03 |
| Employee Signature (Certifies Performance Plan has been discussed) | Date of Discussion<br>4/9/03 |

### Part III. PROGRESS REVIEW

**Instructions to Supervisor (Rating Official):** A minimum of one progress review is required during the appraisal period. The purpose of this is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date _____ 9/16/03

Employee Signature/Date _____ 8/28/03

### Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

### Part V. RATING (CHECK TYPE OF RATING)          ☑ Annual Rating          ☐ Interim Rating

| ☑ | Successful | All elements rated successful. |
|---|---|---|
| ☐ | Unacceptable | One element rated unacceptable results in a final rating of unacceptable. |

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Name of Rating Official<br><br>Signature | Date<br>3/5/04 |
|---|---|
| Name of Approving Official<br><br>Signature | Date<br>3/5/04 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me. This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | Date of Discussion<br>4/5/04 |

1

### Part II b. Supervisor Performance Plan

| Elements | Rating | |
|---|---|---|
| | **Successful** | **Unacceptable** |
| 1.  Program/Mission Objectives  (as shown below) | ☑ | ☐ |
| 2.  Business Practices | ☑ | ☐ |
| 3.  Leadership/Management Practices | ☑ | ☐ |

Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here or attached.

**SEE ATTACHED**

1. Particular attention must be given to focusing efforts on audits, which address the top management challenges facing the Department and the President's Management Agenda, along with the other priority areas in the OIG audit plan.

2. Particular attention must be given to completing audits within timeframes established by policy guidance.

3. Particular attention must be given to evaluating the potential for using Computer Assisted Audit Tools, in particular ACL, to assist in data analysis during each audit.

4. Efforts must be focused to ensure that audit resolution is taking place within established time frames.

Part IV a.  EMPLOYEE INPUT FOR PERFORMANCE RATING (Optional)
Employees are encouraged to list their accomplishments during the appraisal period as input to their final rating.

Part V a.  SUPERVISOR NARRATIVE SUMMARY OF PERFORMANCE (Optional)
Supervisors are encouraged to provide qualitative information about performance.

HUD-OIG Form 430a
February 2000

The expectations listed below apply to the duties identified in your position description as well as any assignment given to you by those having authority to do so. "Acceptable performance on each element is achieved when an employee usually and with consistency meets the standards identified for the element."

## Element 1. Program/Mission Objectives

Supports the development and implementation of an audit program which addresses the most significant needs and priorities of the Department, and demonstrates awareness of Departmental vulnerability to fraud, waste and mismanagement.

- Selects and/or manages audits in a productive and efficient manner in support of OIG goals and objectives.
- Establishes work plans that are realistic and are responsive to OIG goals and priorities.
- Plans specific milestones to permit successful monitoring and control of audit accomplishments.
- Is flexible and responsive to changes in priorities and needs.
- Assures the conduct of comprehensive evaluations of major HUD programs and the issuance of high quality and meaningful audit reports.
- Assures priority attention is given to issues relating to HUD's Management Challenges and the President's Management Agenda.
- Develops quality documents/reports that support and enhance efforts in equity skimming and housing quality standards violations.

## Element 2. Business Practices

Manages the region operations efficiently and effectively by establishing meaningful goals and objectives and then directing staff and other resources in goal accomplishments.

- Assures that written products are logical and accurate, are written in clear, understandable English, are thoroughly researched, meet deadlines, and contain conclusions and recommendations based on sound data analysis.
- Administers an effective and timely audit follow-up system for controlled audit recommendations.
- Assures that administrative records and files are current, accurate, and complete.
- Assures that administrative reports are timely and accurate.
- Ensures appropriate handling of budgets and resources for the region.
- Adheres to prescribed audit standards and OIG policies and directives.

- Supports the continued implementation of Computer Assisted Audit Tools (CAATS).
- Represents the OIG at meetings with HUD officials and staff, the GAO, other Federal Departments and professional groups.

### Element 3. Leadership/Management Practices

**Provides effective leadership to the region to assure accomplishment of the OIG mission.**

- Accepts full responsibility for the actions and performance of the region and gives due credit to those who work diligently for the accomplishment of organizational goals and objectives. Uses appropriate rewards and corrective action principles in employee management.
- Improves coordination and communication between and among Office of Audit staff and various other organizational elements within and outside OIG.
- Keeps the AIGA and Deputy AIGA timely and appropriately informed on issues.
- Tells employees what is expected, advises them of necessary changes as job progresses, and holds them responsible for timely completion of work assignments.
- Effectively acts in maintaining staff at full strength.
- Uses available training resources to provide both individual development for staff and increased effectiveness for the organization.
- Takes all actions required to plan and implement the appropriate AEP plan (recruiting, hiring, training, promoting, counseling, etc.)
- Demonstrates interest in and sensitivity to EEO and the value of Diversity by taking individual actions that indicate his/her level of personal commitment and understanding.
- Attends and ensures that appropriate staff attends appropriate EEO/Cultural Diversity training.
- Counsels subordinates on equal opportunity and nondiscriminatory behavior within the workplace.

**PERFORMANCE RATING FOR PERIOD 2-1-03 THROUGH 1-31-04**

**MICHAEL BEARD**

I have reviewed Mr. Beard's self-assessment and agree. Mr. Beard focused his audit resources in areas that address OIG priorities and HUD management challenges. He completed 25 assignments during the rating period and issued 14 audit reports. The HUD Accounting Center is in Mr. Beard's region. Thus, his staff must devote a considerable amount of time on the annual financial statement audit. This year his staff spent over 2,700 staff hours. In addition, his staff spent over 3,000 hours assisting the Office of Investigation. Obviously, spending this amount of time on other than traditional audits requires good planning to ensure that the audits are completed in a timely manner. Mr. Beard pointed out that spending 2,700 hours on the Financial Audit reduces his staff to meet his Monetary Benefit goals. All Regions that work on the Financial Audit face a similar problem. This issue is addressed with the FY2004 goals by reducing the Regions Monetary Benefit Goals based on support of the Financial Audit.    Mr. Beard met his FY 2003 goal for reports issued but missed his goal for monetary benefits. In ranking all regions against FY2003 goals Mr. Beard was 12 of 13. Mr. Beard pointed out that if I calculated the goals differently he would rank higher. Using the method he suggested he would rank 9th for FY2003. However, the way Mr. Beard suggests does not give the desired emphasis to Monetary Benfits. Mr. Beard also pointed out that my method of calculation did not include the measure of staff days used per audit. I choose not to include this in the calculation because my emphasis is on meeting the 240 goal. While improvements were noted during the year, Mr. Beard needs to continue to work to bring audits in within the 240 elapsed day goals. In a regional ranking addressing deficiencies in briefing papers Mr. Beard ranked 6 of 13. Mr. Beard pointed out that the Desk Officers comments were not timely and thus he could not fix things before the next briefing paper was due. I will work to improve the timeliness but the crucial point in the errors in briefing papers is that there should not be errors and they need to be reduced to a minimum.

Mr. Beard supports CAATS and has assigned a very capable and energetic auditor as his CAATS representative. He used CAATS successfully in work he did on the financial audit as well as in assisting Investigations on the HANO review.

Mr. Beard was selected to lead a task force to update the auditor-training matrix. He expanded the task forces' objective to include updating the appraisal and individual development plans, and link all of the process to auditor core competencies. He prepared a power point presentation and showed it to the Regional Inspectors General, Headquarters management, and the Employee Advisory Group.

Mr. Beard did a very good job in the audit resolution process for his region during this rating period. His region ranked 1st among all the regions in timely audit resolution.

Attachment for Performance Plan & Appraisal Form
D. Michael Beard

1.  Program Mission

During the reporting period, Mr. Beard issued 12 audit reports with $3.8 million in
questioned costs.  At the request of the Office of Investigations, he did not report an
additional $1.7 million.  Additionally, HUD sanctioned two CPAs based on Region VI
work.  Mr. Beard also made a dozen referrals to the office of investigation and provided
over 2,700 hours support to the HUD Financial Statement effort; and over 3,000 hours to
assist the Office of Investigation.  One report was a congressional request and resulting in
eventual criminal cases and the firing of executive personnel in the congressman's
hometown.

Audits started during the rating period were completed within established Office of Audit
goals.  For FY 2003, Mr. Beard's average of 528 calendar days to complete audits
exceeded the new goal of 280 days; however, his average of 198 actual days to complete
audits was well below the goal of 362 days.  The Region met all audit resolution goals
and was the only region to do so.  The Region met the number of audit goals for FY
2003.

2.  Business Practices

Mr. Beard continues to ensure CAATs are used on all Regional jobs.  CAATs highlights
this year included the Financial Statement audit where he used ACL extensively to
analyze and compare electronic data the HUD travel contractor (SATO) and credit card
provider (Bank One) submitted for review.  ACL was also used extensively in the HANO
assist job for the investigators and link analysis was used to examine relationships
between people and organizations.

3.  Leadership/Management Practices

The Southwest Intergovernmental Audit Forum elected Mr. Beard to serve a two-year
term on its Executive Board.

Mr. Beard was selected to lead a task force to update the auditor-training matrix.  He
expanded the task forces' objective to include updating the appraisal and individual
development plans, and link all of the process to auditor core competencies.  He prepared
a power point presentation and showed it to the Regional Inspectors General,
Headquarters management, and the Employee Advisory Group.  The advisory group
received the presentation so well they suggested Mr. Beard be promoted.

Mr. Beard's office is well known for its camaraderie and ability to produce.  Mr. Beard
creates an atmosphere where people like to work.  The office has continual office

gatherings to foster morale and bonding, such as Friday lunch, office outings to a local lake, and sporting events. The office is also very active in the Toy for Tots campaign.

Mr. Beard made presentations to several groups during the year and the Region asked him to provide presentations to its interns as well as executive directors of housing authorities and CPD directors, which he did.

The Senior Counsel on the Committee on Financial Services, US House of Representatives, wrote the Inspector General on December 3, 2003 announcing his departure from the committee. He wrote to thank IG personnel for their support and specifically said: *"Your contribution to my work here has been enormous and incalculable. Mike Beard stunned and silenced the large crowd in New Orleans on June 4, 2001, my first hearing, with his pictures of gross unlivable conditions at HANO and with his chart of over $1 billion in wasted funds. I can tell you that Representative Baker STILL considers that one of the high points of his career, and he has had a lot of opportunities lately."*

U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL
PERFORMANCE PLAN AND APPRAISAL FORM
HUD OIG FORM 430a

**Part I. IDENTIFYING INFORMATION**

| Employee Name<br>D. MICHAEL BEARD | Social Security Number | Appraisal Period<br><br>From 2/1/2002 | To 1/31/2003 |
|---|---|---|---|

| Title, Series, and Grade<br>AUDITOR<br>GS 511-15 | Organization Unit and Location<br>OFFICE OF INSPECTOR GENERAL<br>OFFICE OF AUDIT; 6AGA | | |

**Part II. PERFORMANCE PLAN    (Complete Part II a. or Part II b.)**

Instructions to Supervisor (Rating Official): Discuss performance plan with employee.  If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period.  Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan.  Maintain original to document progress review and final ratings.

| Rating Official Signature | Date<br>2/25/02 |
|---|---|
| Approving Official Signature | Date<br>2/28/02 |
| Employee Signature (Certifies Performance Plan has been discussed) | Date of Discussion<br>2/28/02 |

**Part III. PROGRESS REVIEW**

Instructions to Supervisor (Rating Official): A minimum of one progress review is required during the appraisal period.  The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date_____

Employee Signature/Date_____

**Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)**

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

| **Part V. RATING (CHECK TYPE OF RATING)** | ☑ Annual Rating | ☐ Interim Rating |
|---|---|---|

| ☒ | Successful | All elements rated successful. |
|---|---|---|
| ☐ | Unacceptable | One element rated unacceptable results in a final rating of unacceptable. |

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Rating Official Signature | Date<br>3/4/03 |
|---|---|
| Approving Official Signature | Date<br>3/4/03 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me.  This does not necessarily mean that I agree with the information in it or that I forfeit any right of review.) | Date of Discussion<br>3/7/03 |

**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**OFFICE OF INSPECTOR GENERAL**
**PERFORMANCE PLAN AND APPRAISAL FORM**
HUD OIG FORM 430a

### Part I. IDENTIFYING INFORMATION

| Employee Name<br>D. MICHAEL BEARD | Social Security Number | Appraisal Period |  |
| --- | --- | --- | --- |
| | | From 2/1/2002 | To 1/31/2003 |
| Title, Series, and Grade<br>AUDITOR<br>GS 511-15 | Organization Unit and Location<br>OFFICE OF INSPECTOR GENERAL<br>OFFICE OF AUDIT; 6AGA | | |

### Part II. PERFORMANCE PLAN    (Complete Part II a. or Part II b.)

**Instructions to Supervisor (Rating Official):** Discuss performance plan with employee. If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period. Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan. Maintain original to document progress review and final ratings.

| Rating Official Signature | Date 2/25/02 |
| --- | --- |
| Approving Official Signature | Date 2/28/02 |
| Employee Signature (Certifies Performance Plan has been discussed) | Date of Discussion 2/20/02 |

### Part III. PROGRESS REVIEW

**Instructions to Supervisor (Rating Official):** A minimum of one progress review is required during the appraisal period. The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date_____

Employee Signature/Date_____

### Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

### Part V. RATING (CHECK TYPE OF RATING)    ☑ Annual Rating    ☐ Interim Rating

| ☒ | Successful | All elements rated successful. |
| --- | --- | --- |
| ☐ | Unacceptable | One element rated unacceptable results in a final rating of unacceptable. |

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Rating Official Signature | Date 3/4/03 |
| --- | --- |
| Approving Official Signature | Date 3/4/03 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me. This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | Date of Discussion |

**Part II b. Supervisor Performance Plan**

| Elements | | Rating | |
|---|---|---|---|
| | | <u>Successful</u> | <u>Unacceptable</u> |
| 1. | Program/Mission Objectives  (as shown below) | ☒ | ☐ |
| 2. | Business Practices | ☒ | ☐ |
| 3. | Leadership/Management Practices | ☒ | ☐ |

Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here, or attached.

**SEE ATTACHED**

1.  **Particular attention must be given to focusing efforts on audits, which address the top management challenges facing the Department and the President's Management Agenda.**
2.  **Particular attention must be given to completing audits within timeframes established by policy guidance.**
3.   **Particular attention must be given to evaluating the potential for using Computer Assisted Audit Tools, in particular ACL, to assist in data analysis during each audit.**
4.  **Efforts must be focused to ensure that audit resolution is taking place within established time frames.**

HUD-OIG Form 430a
February 2000

The expectations listed below apply to the duties identified in your position description as well as any assignment given to you by those having authority to do so. "Acceptable performance on each element is achieved when an employee usually and with consistency meets the standards identified for the element."

## Element 1. Program/Mission Objectives

**Supports the development and implementation of an audit program which addresses the most significant needs and priorities of the Department, and demonstrates awareness of Departmental vulnerability to fraud, waste and mismanagement.**

- Selects and/or manages audits in a productive and efficient manner in support of OIG goals and objectives.
- Establishes work plans that are realistic and are responsive to OIG goals and priorities.
- Plans specific milestones to permit successful monitoring and control of audit accomplishments.
- Is flexible and responsive to changes in priorities and needs.
- Assures the conduct of comprehensive evaluations of major HUD programs and the issuance of high quality and meaningful audit reports.
- Assures priority attention is given to issues relating to HUD's Management Challenges and the President's Management Agenda.
- Develops quality documents/reports that support and enhance efforts in equity skimming and housing quality standards violations.

## Element 2. Business Practices

**Manages the district operations efficiently and effectively by establishing meaningful goals and objectives and then directing staff and other resources in goal accomplishments.**

- Assures that written products are logical and accurate, are written in clear, understandable English, are thoroughly researched, meet deadlines, and contain conclusions and recommendations based on sound data analysis.
- Administers an effective and timely audit follow-up system for controlled audit recommendations.
- Assures that administrative records and files are current, accurate, and complete.
- Assures that administrative reports are timely and accurate.
- Ensures appropriate handling of budgets and resources for the district.
- Adheres to prescribed audit standards and OIG policies and directives.

- Supports the continued implementation of Computer Assisted Audit Tools (CAATS).
- Represents the OIG at meetings with HUD officials and staff, the GAO, other Federal Departments and professional groups.

## Element 3. Leadership/Management Practices

**Provides effective leadership to the district to assure accomplishment of the OIG mission.**

- Accepts full responsibility for the actions and performance of the district and gives due credit to those who work diligently for the accomplishment of organizational goals and objectives. Uses appropriate rewards and corrective action principles in employee management.
- Improves coordination and communication between and among Office of Audit staff and various other organizational elements within and outside OIG.
- Keeps the AIGA and Deputy AIGA timely and appropriately informed on issues.
- Tells employees what is expected, advises them of necessary changes as job progresses, and holds them responsible for timely completion of work assignments.
- Effectively acts in maintaining staff at full strength.
- Uses available training resources to provide both individual development for staff and increased effectiveness for the organization.
- Takes all actions required to plan and implement the appropriate AEP plan (recruiting, hiring, training, promoting, counseling, etc.)
- Demonstrates interest in and sensitivity to EEO and the value of Diversity by taking individual actions that indicate his/her level of personal commitment and understanding.
- Attends and ensures that appropriate staff attends appropriate EEO/Cultural Diversity training.
- Counsels subordinates on equal opportunity and nondiscriminatory behavior within the workplace.

U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL
PERFORMANCE PLAN AND APPRAISAL FORM
HUD OIG FORM 430a

## Part I IDENTIFYING INFORMATION

| Employee Name<br>D. MICHAEL BEARD | Social Security Number | Appraisal Period | |
|---|---|---|---|
| | | From 2/1/2002 | To 1/31/2003 |

| Title, Series, and Grade<br>AUDITOR<br>GS 511-15 | Organization Unit and Location<br>OFFICE OF INSPECTOR GENERAL<br>OFFICE OF AUDIT; 6AGA |
|---|---|

## Part II PERFORMANCE PLAN (Complete Part II a. or Part II b.)

**Instructions to Supervisor (Rating Official):** Discuss performance plan with employee. If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period. Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan. Maintain original to document progress review and final ratings.

| Rating Official Signature | Date 2/25/0_ |
|---|---|
| Approving Official Signature *James Hunt* | Date 2/28/02 |
| Employee Signature (Certifies Performance Plan has been discussed.) | Date of Discussion 9/28/02 |

## Part III PROGRESS REVIEW

**Instructions to Supervisor (Rating Official):** A minimum of one progress review is required during the appraisal period. The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date ___ *MR Phelps 9/16/02* ___

Employee Signature/Date ___

## Part IV EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

## Part V RATING (CHECK TYPE OF RATING)        ☑ Annual Rating        ☑ Interim Rating

☐   Successful        All elements rated successful.

☐   Unacceptable        One element rated unacceptable results in a final rating of unacceptable.

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Rating Official Signature | Date |
|---|---|
| Approving Official Signature | Date |
| Employee Signature (I have reviewed the completed document and it has been discussed with me. This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | Date of Discussion |

U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL
PERFORMANCE PLAN AND APPRAISAL FORM
HUD OIG FORM 430a

## Part I. IDENTIFYING INFORMATION

| Employee Name | Social Security Number | Appraisal Period | |
|---|---|---|---|
| D. MICHAEL BEARD | | From 2/1/2002 | To 1/31/2003 |

| Title, Series, and Grade | Organization Unit and Location |
|---|---|
| AUDITOR GS 511-15 | OFFICE OF INSPECTOR GENERAL OFFICE OF AUDIT; 6AGA |

## Part II. PERFORMANCE PLAN (Complete Part IIa or Part IIb)

Instructions to Supervisor (Rating Official): Discuss performance plan with employee. If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period. Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan. Maintain original to document progress review and final ratings.

| Rating Official Signature | Date 2/25/02 |
|---|---|
| Approving Official Signature *James Hunt* | Date 2/28/02 |
| Employee Signature (Certifies Performance Plan has been discussed.) | Date of Discussion 9/20/02 |

## Part III. PROGRESS REVIEW

Instructions to Supervisor (Rating Official): A minimum of one progress review is required during the appraisal period. The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date _____ MC Phelps 9/16/02

Employee Signature/Date _____ 9/4/02

## Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

## Part V. RATING (CHECK TYPE OF RATING)    ☐ Annual Rating    ☐ Interim Rating

☐  Successful        All elements rated successful.

☐  Unacceptable      One element rated unacceptable results in a final rating of unacceptable.

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Rating Official Signature | Date |
|---|---|
| Approving Official Signature | Date |
| Employee Signature (I have reviewed the completed document and it has been discussed with me. This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | Date of Discussion |

**PERFORMANCE RATING FOR PERIOD 2-1-02 THROUGH 1-31-03**

**MICHAEL BEARD**

I have reviewed Mr. Beard's self-assessment and agree. Mr. Beard focused his audit resources in areas that address OIG priorities and HUD management challenges. He completed 18 assignments during the rating period and issued 11 audit reports. He issued two congressionally mandated OTAG audits in a timely manner. The HUD Accounting Center is in Mr. Beard's region. Thus, his staff must devote a considerable amount of time on the annual financial statement audit. This year his staff spent over 3,000 staff hours. In addition, his staff spent over 5,000 hours assisting the Office of Investigation. Obviously, spending this amount of time on other than traditional audits requires good planning to ensure that the audits are completed in a timely manner. At the end of the rating period Mr. Beard had 22 open assignments, some for over a year. Some of these delays are attributed to the time spent on the financial audit and assists to investigation. Mr. Beard needs to focus on cleaning up the backlog of audits before starting new assignments. In some cases assigning more staff to an ongoing assignment would be preferable to starting a new one.
Mr. Beard did a very good job of recruiting and keeping his staff up to ceiling during the rating period.
Mr. Beard supports CAATS and has assigned a very capable and energetic auditor as his CAATS representative. His region submitted the 2nd place entry for this years CAATS contest. Mr. Beard is currently chairing a task force looking at auditor training issues. He was a member of the All Audit conference planning committee and arranged for three of the guest speakers and the Color Guard.
Mr. Beard made a significant improvement in the audit resolution process for his region during this rating period. Management decisions were reached within established time periods or HQ was appropriately and timely notified in those cases where agreement could not be reached.

Attachment for Performance Plan & Appraisal Form
D. Michael Beard

1.  Program Mission

Mr. Beard identified and pursued an issue involving most public housing authorities.
Specifically, HUD allows authority defined contribution pension plans to distribute
pension plan forfeitures to employees in a pension trust.  This practice, allowed for years,
is a clear violation of OMB Circular A-87, Federal Cost Principles.  Because of Mr.
Beard's work, the comptroller of Public and Indian Housing has agreed to change the
HUD handbook and correct the error.  This will effect all defined contribution pension
plans at all housing authorities saving HUD millions of precious program dollars for
years to come.  Mr. Beard intends to pursue the matter with other entities that receive
HUD funding.

Mr. Beard reacted quickly and efficiently when asked to participate in a congressionally
mandated audit of HUD's Outreach and Training Assistance Grants.  Mr. Beard
scheduled the audits at headquarters' request and completed them by the mandated
deadline of September 30th.

During the reporting period, Mr. Beard's region referred three CPAs to three State
Boards of Accountancy (one board gave a CPA a letter of caution, while the other two
boards suspended the license of the referred individuals); testified at two board hearings;
issued 12 reports (claiming over $780,000 in questioned costs); provided over 3,000
hours support to the HUD Financial Statement effort; and over 5,000 hours to assist the
Office of Investigation.

The region met all audit resolution deadlines.

2.  Business Practices

Mr. Beard successfully negotiated a compromise of a 10-year old audit finding with the
incoming administration.  The housing authority was to pay $100,000 to HUD when its
ACC expired (not a likely event).  Working with members of the Troubled Housing
Agency Center, Mr. Beard help develop a compromise ($40,000 over 3 years) to which
all parties could agree.

Mr. Beard continued to support using computer assisted audit techniques.  Region VI
won CAATS awards for the second consecutive year.  Region VI auditors gave power
point presentations to the IG during his visit to the Region office that he described as
outstanding.  One particular presentation was a repeat of one given to an Assistant United
States Attorney that resulted in a grand jury presentation.  The IG mentioned this
particular presentation when discussing what he had seen in the field to members of the
Employee Advisory Council.

Mr. Beard actively sought out good relations with the incoming Regional Administrator. When the Region came up short of cash and personnel to react to disasters in the Texas, Mr. Beard reacted. He sent auditors to staff FEMA desks in and paid for the costs of one HUD employee to travel to a FEMA site. The Regional Administrator was so impressed, she gave a spot award to one auditor, a certificate of appreciation to another, and specifically mentioned the OIG's actions in a Regional Administrator's conference call with Secretary Martinez. Mr. Beard's positive relations with the Region were mentioned as an accomplishment in the 2002 Region VI MAR. He also keeps and OIG page on the Regions *HUD at Work* home page.

### 3. Leadership/Management Practices

Mr. Beard continued to recognize his staff for their efforts -- he nominated one member of his staff for Auditor of the Year. Mr. Beard followed up on the first ever Administrative Officer conference he had arranged last year with a follow-on meeting in Tampa, Florida. Mr. Beard participated in arranging the all-audit conference in Tampa, Florida. He selected and arranged for three of the speakers. He arranged for a special outing to see dolphins in the Tampa harbor, covering no-shows out of his own pocket. Mr. Beard also suggested and arranged for the local ROTC to present the colors of the United States at the opening of the conferences. Because the OIG is prohibited from giving donations, Mr. Beard took care of the ROTC's expenses from his own pocket. This proved particularly poignant as the conference took place on the first year anniversary of September 11th. Mr. Beard also arranged for a power point presentation of the conference to appear on the OIG "H" drive for the enjoyment of all.

Mr. Beard's office is well known for its camaraderie and ability to produce. Mr. Beard creates an atmosphere where people like to work. The 2002 MAR team mentioned the camaraderie in the Region during their exit conference. The office has continual office gatherings to foster morale and bonding, such as Friday lunch, office outings to a local lake, and sporting events. The office is also very active in the Toy for Tots campaign and Bears for the Sheriff == photos of which appeared in both the HUD OIG news and notes and the HUD Region VI home page.

**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**OFFICE OF INSPECTOR GENERAL**
**PERFORMANCE PLAN AND APPRAISAL FORM**

### Part I. IDENTIFYING INFORMATION

| Employee Name<br><br>D. BEARD, Michael | Social Security Number | Appraisal Period<br><br>From  02/01/01 | To  01/31/02 |
|---|---|---|---|

| Title, Series, and Grade<br>District Inspector General for Audit<br>GS 511-15 | Organization Unit and Location<br><br>HUD OIG/Audit – Southwest |
|---|---|

### Part II. PERFORMANCE PLAN   (Complete Part II a. or Part II b.)

**Instructions to Supervisor (Rating Official):** Discuss performance plan with employee.  If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period.  Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan.  Maintain original to document progress review and final ratings.

| Rating Official Signature | Date 5/10/01 |
|---|---|
| Approving Official Signature | Date 5/16/01 |
| Employee Signature (Certifies Performance Plan has been discussed.) | Date of Discussion |

### Part III. PROGRESS REVIEW

**Instructions to Supervisor (Rating Official):** A minimum of one progress review is required during the appraisal period.  The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date _____ rd 09/01

Employee Signature/Date _____ 10/11/01

### Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

### Part V. RATING (CHECK TYPE OF RATING)   ☒ Annual Rating   ☐ Interim Rating

| ☒ | Successful | All elements rated successful. |
|---|---|---|
| ☐ | Unacceptable | One element rated unacceptable results in a final rating of unacceptable. |

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Rating Official Signature | Date 2/15/02 |
|---|---|
| Approving Official Signature | Date 2/15/02 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me.  This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | Date of Discussion<br><br>2/20/02 |

HUD-OIG Form 430a
February 2000

**Part II b. Supervisor Performance Plan**

| Elements | Rating | |
|---|---|---|
| | Successful | Unacceptable |
| 1.   Program/Mission Objectives  (as shown below) | ☒ | ☐ |
| 2.   Business Practices | ☒ | ☐ |
| 3.   Leadership/Management Practices | ☒ | ☐ |

**Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here, or attached.**

**See Attached**

1. Particular attention must be given to focusing OIG efforts audits which address the top management challenges facing the Department.

2. Particular attention should be given to evaluating the potential for using Computer Assisted Audit Tools, in particular ACL, to assist in data analysis during each audit.

3. Efforts must be focused to ensure that audit resolution is taking place within established time frames.

HUD-OIG Form 430a
February 2000

The expectations listed below apply to the duties identified in your position description as well as any assignment given to you by those having authority to do so. "Acceptable performance on each element is achieved when an employee usually and with consistency meets the standards identified for the element."

## Element 1. Program/Mission Objectives

**Supports the development and implementation of an audit program which addresses the most significant needs and priorities of the Department, and demonstrates awareness of Departmental vulnerability to fraud, waste and mismanagement.**

- Selects and/or manages audits in a productive and efficient manner in support of OIG goals and objectives.
- Establishes work plans that are realistic and are responsive to OIG goals and priorities.
- Plans specific milestones to permit successful monitoring and control of audit accomplishments.
- Is flexible and responsive to changes in priorities and needs.
- Assures the conduct of comprehensive evaluations of major HUD programs and the issuance of high quality and meaningful audit reports.
- Assures priority attention is given to issues relating to Management Reform 2020.
- Develops quality documents/reports that support and enhance OIG's Operation Safehome efforts in equity skimming and housing quality standards violations

## Element 2. Business Practices

**Manages the district operations efficiently and effectively by establishing meaningful goals and objectives and then directing staff and other resources in goal accomplishments.**

- Assures that written products are logical and accurate, are written in clear, understandable English, are thoroughly researched, meet deadlines, and contain conclusions and recommendations based on sound data analysis.
- Administers an effective and timely audit follow-up system for controlled audit recommendations.
- Assures that administrative records and files are current, accurate, and complete.
- Assures that administrative reports are timely and accurate.
- Ensures appropriate handling of budgets and resources for the district.
- Adheres to prescribed audit standards and OIG policies and directives.

- Supports the continued implementation of Computer Assisted Audit Tools (CAATS).
- Represents the OIG at meetings with HUD officials and staff, the GAO, other Federal Departments and professional groups.

## Element 3. Leadership/Management Practices

**Provides effective leadership to the district to assure accomplishment of the OIG mission.**

- Accepts full responsibility for the actions and performance of the district and gives due credit to those who work diligently for the accomplishment of organizational goals and objectives. Uses appropriate rewards and corrective action principles in employee management.
- Improves coordination and communication between and among Office of Audit staff and various other organizational elements within and outside OIG.
- Tells employees what is expected, advises them of necessary changes as job progresses, and holds them responsible for timely completion of work assignments.
- Effectively acts in maintaining staff at full strength.
- Uses available training resources to provide both individual development for staff and increased effectiveness for the organization.
- Takes all actions required to plan and implement the appropriate AEP plan (recruiting, hiring, training, promoting, counseling, etc.)
- Demonstrates interest in and sensitivity to EEO and the value of Diversity by taking individual actions that indicate his/her level of personal commitment and understanding.
- Attends and ensures that appropriate staff attends appropriate EEO/Cultural Diversity training.
- Counsels subordinates on equal opportunity and nondiscriminatory behavior within the workplace.

Attachment for Performance Plan & Appraisal Form
D. Michael Beard

### 1. Program Mission

Mr. Beard conducted an audit of HUD's compliance with the Government Performance Results Act, which, according to the Inspector General, was the lead OIG effort on HUD's top management challenges. The Inspector General personally outlined the scope of the audit and named Mr. Beard as the individual to lead the effort at an audit planning conference. The audit not only outlined HUD's problems with GPRA, but also managed to hit on key issues in the President's Management Agenda. The final report, although unpopular with HUD bureaucrats, highlighted HUD's incompetent approach to meeting its mission – but did communicate the Secretary's position on changes he was seeking. The Inspector General called the report a "tour de force."

Mr. Beard published another audit on dealing with the systemic failure of the Housing Authority of New Orleans. Once again, his style of writing prompted headlines and focused attention on a national problem. One congressman stated: "In all my time as a public official, I have never read anything that's more critical and more devastating than this report." In fact, he was so impressed he put the report on his web site and pushed for public hearings. He called the Inspector General and told her that Mr. Beard's work was the most important work coming out of HUD. Representative Susan Kelly did call for Congressional hearings and asked the Mr. Beard testify at those hearings. Mr. Beard worked closely with the committee staff identifying other potential witnesses, preparing visual aids, and making general arrangements. At their request, Mr. Beard supplied the committee with some 300 photographs of the current conditions at the Authority. Mr. Beard prepared and gave the OIG testimony at the hearings – this was the fifth congressional hearing where a report of Mr. Beard's was the topic of a hearing and where he was asked to testify. No other District Inspector General has had such success gaining congressional attention and favor for the Office of Inspector General. Following the hearing, the *Time Picayune* reported: "Congressional members sent a letter to HUD Secretary Mel Martinez stressing HANO's need for a judicial receivership. Representative Richard Baker, R-Baton Rouge, David Vitter, R-Metairie, and Sue Kelly, R-N.Y., cited the latest HUD inspector general report and testimony from the hearing at which the consensus in favor of judicial receivership was reached." The Assistant Inspector General for Audit recognized Mr. Beard's testimony with a Special Achievement Award.

Because of the hearing and the report, HUD has once again focused its attention on correcting the problems at the New Orleans Housing Authority. Alfonso Jackson, HUD's Deputy Secretary, said (in the *Times Picayune*) "the administrative takeover is justified by a May report from HUD's inspector general recommending that the agency needs to take significant steps to provide decent housing to HANO's 22,000 tenants."

Congressman Baker of Louisiana was so impressed with Mr. Beard that he wrote the White House on June 11, 2001 saying: "As a member of the House Committee on

Financial Service, I have been impressed by Mr. Beard's professionalism, objectivity, and thoroughness. I have come to expect only the best from Mr. Beard's work. I think you will agree that Mr. Beard would be an exceptional asset to the Administration of President Bush. Thank you in advance for considering Mr. Michael Beard for the position of Inspector General for the Department of Housing and Urban Development."

Mr. Beard did the foregoing while being treated for cancer. He underwent the fourth and fifth major surgeries (since October 2000) during the rating period and was receiving chemotherapy. This makes his accomplishments even more meaningful.

### 2. Business Practices

Mr. Beard fully supported Mr. Phelps' stated goal of pushing computer assisted audit techniques. District VI employees won two of the three CAATS awards Mr. Phelps awarded during the rating period.

### 3. Leadership/Management Practices

Mr. Beard continued to recognize his staff for their efforts, for example, he nominated one member of his staff for the Haynes Award, OIG highest, and she won. Mr. Beard, on his own initiative, arranged for and hosted an Administrative Officer/Management Analyst conference in San Antonio, Texas. The Deputy Assistant Inspector General of Management and Policy said of the conference: ". . . from our viewpoint the AO conference was a very worthwhile effort. Mike and Nancy did an outstanding job of not only making excellent arrangements, but more importantly, facilitating the meeting to make it productive. They helped the group develop a sense of cohesion, and their encouragement and support made it possible for everyone there to open up and share valuable information and ideas with each other. They documented a number of issues that can be worked and which will help AO's support their managers. Hats off to the two of them for a job well done.

Mr. Beard's office is well known for its camaraderie and ability to produce. Mr. Beard creates an atmosphere where people like to work. For example, Mr. Beard has continual office gatherings to foster morale and bonding, such as office outings to a local lake and to dinner and a hockey game.