# PLAINTIFF'S EXHIBIT 7



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410-7000

FEB - 9 2007

ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

MEMORANDUM FOR:   Roy A. Bernardi, Deputy Secretary, SD

FROM:   Pamela H. Patenaude, Assistant Secretary, D

SUBJECT:   Forgiveness Disallowed Costs
City of New Orleans, CDBG Program
Section 108 Loan Program, Jazzland Theme Park
Audit Number: 2004-FW-1003, Dated March 15, 2004

The purpose of this memorandum is to request your approval to forgive $7,685,703 in disallowed costs due program participants and closure of all the remaining non-monetary recommendations for the subject audit. The Department's Audits Management Handbook, 2000.06, Rev-3, Section 5-7 B.2.d., Forgiveness of Disallowed Costs Due Program Participants, requires the approval of the Deputy Secretary to write off disallowed costs over $1,000,000. We have obtained the concurrence of the Assistant Inspector General for Audit, which is below.

The Mayor of the City of New Orleans is requesting that HUD write-off disallowed costs related to activities financed with Section 108 loan proceeds. The costs were disallowed based on the city's failure to comply with program requirements. This amount remains outstanding primarily due to the dire financial situation facing New Orleans, as a result of damage inflicted by the hurricanes that ravaged the city during the latter part of 2005. However, the city will still be obligated to repay the Section 108 loan guaranteed by HUD, with pledged CDBG funds if necessary.

Recognizing New Orleans' severe financial difficulties and their obvious long road to recovery, CPD is of the opinion that the most favorable way to resolve the audits' outstanding findings and recommendations is to write-off the amounts owed the program. We would like to extend the maximum leniency possible, because of the unprecedented, terrible disasters that have occurred resulting in the city's near bankruptcy. While certainly not condoning the actions that led to the disallowances, CPD believes that we need to do everything legally possible to help the city during this period of recovery. This write-off will help alleviate the catastrophic hardships currently affecting the financial stability and survival of the city. It is our hope that this action will help to stabilize the city as they move forward with efforts to rebuild.

James A. Heist
Assistant Inspector General for Audit:   *Approve _____ Disapprove _____

Roy A. Bernardi
Deputy Secretary:   Approve _____ Disapprove _____

* OIG does not object