# PLAINTIFF'S EXHIBIT 9



| | | |
|---|---|---|
| **James Heist/WHQ/HUDOIG** | To | D Beard/FTW/HUDOIG@HUDOIG |
| 10/10/2003 03:37 PM | cc | Theresa Carroll/FTW/HUDOIG@HUDOIG, Laura Dallas/FTW/HUDOIG@HUDOIG, OIG TOP Review/WHQ/HUDOIG@HUDOIG, Stanley |
| | bcc | |
| | Subject | CPD nonprofit capacity report |

First let me apologize for the delay in commenting. I wanted to be involved in this report and there was a fair amount of discussion in deciding what comments I would pass along. This is a well-written report. Your staff did a nice job in tackling difficult subject matter.

Stan - please note I made a few changes to the set of comments you sent me.

----------------------------------------------------------------------

The executive summary states "CPD has never evaluated the risk associated with its programs or made a decision as to what level of risk is acceptable." This seems like a very broad statement. Probably need to qualify this a bit as CPD has followed a risk based monitoring approach for many years. Perhaps we are trying to say that CPD does not know the capacity of its grantees. If so, we need to clarify.

The audit objective talks of the capacity of grantees. Yet, we never really define how CPD should evaluate capacity. We need to add some information here defining capacity. Perhaps we could look at recent CPD NOFAs to find a definition to be used in this report. You mention the HOME training course definition of capacity, would this track with our definition of capacity?

In the last paragraph of the introduction you state "We did not audit the accuracy of the data." This needs to be restated. Since we're dealing with computerized data, we need to address AOM 3-13. *Use of Computer-Processed Data.* Since the reliability of data is crucial to accomplishing the audit objectives, auditors need to satisfy themselves that the data are relevant and reliable.

The first finding discusses the importance of having the field staff evaluate grantee capacity. If there were any programmatic or audit examples where grantee capacity issues were identified, yet the initial evaluation in the HQ ranking process rated the capacity as high, this could bolster our case. Alternatively, a clearer definition of capacity might help.

Finding 1 stops abruptly, it might be appropriate to end with a conclusion.

Finding 2. The finding has a lengthy discussion on monitoring grantees vs. grants. Do we have evidence that when a program office visits a grantee that they only review one grant? What is our basis for this conclusion? If CPD is doing risk based monitoring, isn't it important to monitor the grantee and not the grant? It seems that we are encouraging "grant" vs. "grantee" monitoring, if so, we need to clearly make our case.

Finding 2 page 22, we talk of the shortage of financial analysts, if we can tie the importance of this discipline in evaluating grantee capacity we should.

On the bottom of page 22 and top of 23 you mention a CPD "controversy", what are we talking about?

On page 35, you talk about the determination of field offices entering data into the GMP system. What is the source of your information? The Financial Audits Division advised that this was not in the report or management letter. Was it in a "Notice of Findings and Recommendation" that we issue to the field offices? If so, it would be OK to include. If you got it out of the working papers, we'll need to discuss.

Finding 5 should be dropped as a separate finding. CPD always requests TA funds but they are often cut through the appropriation process and we can't fault them for being unsuccessful. These facts should be

identified as an "Issue Needing Further Study or Consideration."

Other Administrative Matters

On the chart in the introduction section for homeless programs the last column "$950,000 for all competitive homeless programs" should be in one cell.

In finding 2, page 18 you discuss the reduction of staff involved in field trips. Since these visits already took place, we should be able to state conclusively as to how many staff were used.

Page 19 mentions CPD was impacted by staffing "problems", please change to "challenges."

For recommendation 3C, change "it" to "it's risk assessment process".

Recommendation 5a, change staffers to staff.

Page 45, need to complete the relevant Management Controls section.

Page 47, complete the follow-up section

Appendix B title, change problems to challenges

Page 52, add to second to last paragraph.
Moreover, HUD did not use the REAP analyses when making those hiring decisions.