PLAINTIFF'S EXHIBIT 12

## Molly E. Buie, Esq.

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Monday, June 04, 2007 10:19 AM
**To:** 'W2nixon█████'
**Subject:** RE: Draft Affidavit

Mr. Nixon,

Our brief is due next Monday, June 11, so time is of the essence to finalize your affidavit. I don't totally follow your comment about the survey memo - maybe we can discuss it in person. I'm available to speak to you by phone whenever you are ready.

Regards,

Molly Buie


Molly E. Buie, Esq.
Robert C. Seldon & Associates, P.C.
1319 F St., NW, Suite 305
Washington, D.C. 20004
Phone: 202-955-6968 ex. 111
Fax:   202-318-2287
meb@rcseldon-associates.com

>       -----Original Message-----
>       **From:** W2nixon█████
>       **Sent:** Monday, June 04, 2007 12:36 AM
>       **To:** meb@rcseldon-associates.com; █████
>       **Subject:** Re: Draft Affidavit
>
>       I am sorry, I did not see this until this evening (in spam folder for a while and then busy). I will try to get to tomorrow, but can't promise... I do want to help, but don't want to kill my career unnecessarily. In our conversation we talked about the survey memorandum, we discussed a couple of things: One of which was the survey memo...we were not asked to do it, same as Message meeting. We went through the training in Sept 04 and had already put forth the draft (that is my it is in the old format). I am not sure why I need to confirm that. With respect to the attachment, I don't see it in the manual or it being done before - again, this is either fact or not.
>
>       I will get back to you.
>
>       WWN.

*Attachment D* (handwritten)

See what's free at AOL.com.

Δ π EXHIBIT A
Deponent Nixon
Date 7-19-07 Rptr [initials]
WWW.DEPOBOOK.COM

6/7/2007

### Molly E. Buie, Esq.

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Wednesday, June 06, 2007 10:00 AM
**To:** 'Robert C. Seldon, Esq'
**Subject:** FW: Draft Affidavit

-----Original Message-----
**From:** W2nixor███████████████
**Sent:** Wednesday, June 06, 2007 6:53 AM
**To:** meb@rcseldon-associates.com;███████████
**Subject:** Re: Draft Affidavit

Good morning,

I have wrestled with this last evening and most of the night, and I can't do it. I don't have any major disagreement with the affidavit (just a couple of corrections). I was fine with the putting forth my opinion, contradicting opinions, and letting my life be a little miserable for a while as a result. But, it reads (and I understand the reason why) that I am calling Heist a liar. I can't volunteer to do that - I do believe they would retaliate - not only within the organization but also maligning my abilities, character, etc. if I try to get another job.

I am sorry for putting you through this trouble.

WWN.

---

See what's free at AOL.com.

Attachment F



6/7/2007

## Molly E. Buie, Esq.

**From:** Molly E. Buie, Esq. [meb@rcseldon-associates.com]
**Sent:** Tuesday, June 05, 2007 10:20 AM
**To:**
**Subject:** FW: Got your message

-----Original Message-----
**From:** Dorothy & Michael Beard
**Sent:** Tuesday, June 05, 2007 8:57 AM
**To:** Buie, Molly E.
**Subject:** Fw: Got your message

----- Original Message -----
**From:** W2nixon
**To:**
**Sent:** Monday, June 04, 2007 11:26 PM
**Subject:** Got your message

Mr. Beard:

Sorry, things have been wild, wild, wild here. I just got your message - Way behind on my things.

I will read through the affidavit soon. I hope you understand my point. Many of the questions were fact questions -

Q. Why was a survey memorandum not done?
A. It was not required at the time. When we had our writing course with the new events, we had submitted the draft report. Plus, we were never asked to do it.

Q. Why didn't the report reference the FAR?
A. The report did.

Q. Why didn't headquarters know about the findings?
A. We did twice month briefing papers, plus it was on the IG List.

With questions like that where there is evidence, why use testimony?

Well, give me a call tomorrow on my cell (I keep in my coat jacket so I will hear it if in the office.

Later,

WWN.

Δ π EXHIBIT C
Deponent Nixon
Date 7-19-07 Rptr

Attachment E

6/7/2007