PLAINTIFF'S EXHIBIT 14



United States Department of Housing and Urban Development
Office of Inspector General

## MANUAL CHAPTER:    1430.1

## TITLE:  GS Performance Appraisal Program

| | | |
|---|---|---|
| <u>MATERIAL TRANSMITTED:</u> | CHAPTER 1430.1 | GS Performance Appraisal Program<br>Dated:  February 2003 |
| <u>MATERIAL SUPERSEDED:</u> | CHAPTER 1430.1 | GS Performance Appraisal Program<br>Dated:  August 2001 |
| | Deputy Inspector Performance General's Memorandum | General Schedule (GS)<br><br>Appraisal Program Revision<br>Dated:  January 23, 2003 |

<u>SUMMARY OF CHANGES:</u>

This chapter is revised to incorporate the mandatory requirement that Rating Officials provide employees with written performance appraisals, completing Part V a., "Supervisor Narrative Summary of Performance," of HUD-OIG Form 430a, "Performance Plan and Appraisal Form."  The revision also includes the requirement for face-to-face performance-related discussions between supervisors and employees, as practical, during the performance appraisal process.

The revisions relate to paragraphs 1-5.Q., 1-6.A.4.,1-7.B., 1-8.C. and F, and Appendix 1.



Δ π EXHIBIT 5
Deponent _Heist_
Date _2-14-07_ Rptr _14a_
WWW.DEPOBOOK.COM

PURPOSE:

This chapter describes the General Schedule Performance Appraisal Program for certain employees in the U.S. Department of Housing and Urban Development, Office of Inspector General.

APPROVED:

Kenneth M. Donohue
Inspector General

# TABLE OF CONTENTS

Paragraph                                                                                      Page

## SECTION 1 – GS Performance Management

1-1     Purpose                                                                                    1
1-2     References                                                                                 1
1-3     Coverage                                                                                   1
1-4     Definitions                                                                                1
1-5     Responsibilities                                                                           3
1-6     Planning Performance                                                                       5
1-7     Monitoring Performance                                                                     7
1-8     Appraising Performance                                                                     9
1-9     Interim and Delayed Ratings                                                                9
1-10    Rewarding Performance                                                                     10
1-11    Grievances                                                                                13
1-12    Records Maintenance                                                                       13

## APPENDICES

Appendix A    *HUD-OIG Form 430a* - Performance Plan And Appraisal Form
Appendix B    *Supervisor Discussion Guide (Optional)*

# Section 1 - GS Performance Management

**1-1.** **Purpose.** This chapter describes the pass-fail performance system that the U.S. Department of Housing and Urban Development (HUD), Office of Inspector General (OIG) will use for evaluating its General Schedule (GS) employees' performance, except for those identified in paragraph 1-3. below.

**1-2.** **References.**

A. As provided in the Inspector General Act, at 5 U.S.C. App. 3 § 6(a)(7), and as confirmed in the FY 1999 HUD Appropriations Act (Pub. Law 105-276, 112 Stat. 2461, 2482) and reiterated in subsequent pertinent fiscal year Appropriations Acts, the Inspector General (IG) of HUD has independent authority over all personnel issues within the OIG.

B. This policy issuance is based on the following:

   1. 5 U.S.C., Chapter 43
   2. 5 C.F.R., Part 430, Subpart A and B, and Part 531, Subpart D.

**1-3.** **Coverage.** This policy applies to all GS employees, including those on a temporary appointment for more than 90 days in a 12-month period, except for the following employees.

A. The Inspector General;

B. Senior Executive Service staff; and

C. Temporary employees for whom employment is not reasonably expected to exceed 90 days in a 12-month period.

**1-4.** **Definitions.**

A. <u>Appraisal Period.</u> The established period of time for which an employee's performance will be reviewed and a rating of record prepared. At the OIG, the specific dates that mark the beginning and ending of the appraisal period are February 1 through January 31 of each year.

B. <u>Approving Official.</u> The management official, generally the employee's second level supervisor, who reviews and approves ratings of record recommended by the Rating Official. The Inspector General is the only official who can serve as both the Rating and Approving Official.

C. <u>Critical Element.</u> A work assignment, responsibility or competency of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. Critical elements are used in assigning a summary rating level for overall performance. In the OIG, generic elements are used.

D. <u>Days.</u> Calendar days, unless otherwise specified.

E. <u>Employee Performance File (EPF).</u> An EPF is an official record of an employee's performance and contains the employee's last three ratings of record during the last four years. An EPF is maintained in a separate file within the Official Personnel Folder (OPF).

F. <u>Interim Rating.</u> A performance rating assigned to assess an employee's performance during detail or temporary promotion, upon permanent position change, or upon the departure of the employee from the OIG, or the departure of the Rating Official. Interim ratings do not require approval of the Approving Official.

G. <u>Minimum Appraisal Period.</u> The 90-calendar day period of time during which an employee must have operated under critical elements and standards and for which the employee may receive a performance rating.

H. <u>Performance Improvement Period (PIP).</u> The time period following notification of unacceptable performance in one or more critical elements during which an employee is given an opportunity to demonstrate acceptable performance before management decides to reassign, demote, or remove the employee. An PIP must last at least 30 days.

I. <u>Performance Plan.</u> The critical elements and associated performance standards identified on the appraisal form (*HUD-OIG Form 430a, see Appendix 1.*)

J. <u>Performance Rating.</u> The written appraisal (including the assignment of a summary level) of the employee's performance compared to the performance standard(s) for each critical element for which there has been an opportunity to perform for the minimum appraisal period.

K. <u>Performance Standard.</u> A statement of performance requirements defined at the "Successful" level for each critical element. Description of unacceptable performance may be provided if desired. In the OIG, job-specific performance standards are used.

L. <u>Progress Review.</u> Formal documented discussions between the supervisor and the employee about the employee's work performance. Progress reviews must occur at least once during the appraisal period, generally midway through the cycle.

M. <u>Rating Official.</u> The management official, generally the employee's first level supervisor, who is responsible for developing performance plans, appraising performance, and recommending ratings to the Approving Official.

N. <u>Rating of Record.</u> The annual rating prepared at the end of the appraisal period unless a more current rating is completed to support a within-grade increase determination or a performance-based action. The rating of record assigns ratings on each critical element and an overall performance level of Successful or Unacceptable.

O.  <u>Successful Performance</u>.  Performance meeting or exceeding the expected requirements of all critical elements on the performance plan.

P.  <u>Summary Level</u>.  The assignment of an overall rating level of Successful or Unacceptable.

Q.  <u>Supervisor's Narrative Summary of the Employee's Performance</u>.  The Rating Official's written comments on an employee's performance as compared against his or her performance standards.

R.  <u>Unacceptable Performance</u>.  Failure to meet the requirements of any critical element on the performance plan.

S.  <u>Within Grade Increase (WGI)</u>.  A periodic increase in an employee's rate of basic pay from one step of the position's grade to the next higher step of that grade in accordance with 5 U.S.C. 5335.

## 1-5.  *Responsibilities.*

A.  <u>Employees</u> are encouraged to:

1.  Participate in the discussion and clarification of critical elements and standards/objectives in their performance plans;

2.  Communicate with the Rating Official on a continuing basis about their performance; and

3.  Provide input for consideration of the Rating Official at the end of the appraisal period.

B.  <u>Rating Officials</u> (generally, first level supervisors) will:

1.  Initiate a performance plan for all covered employees supervised and encourage involvement by employees in the discussion of critical elements and performance standards/objectives.  Obtain Approving Official concurrence on performance plans;

2.  Ensure that employees receive and have an understanding of the critical elements and performance standards/objectives contained in their performance plans.  Clarify expectations in writing, where necessary;

3.  Communicate with employees on a continuing basis regarding their achievements and provide coaching and suggestions for action in areas in which they could improve.  Notify employees whenever their performance on a critical element slips below the successful level and take whatever measures may be needed to effect improvements, such as formal or on-the-job training, counseling, or closer supervision;

4.  Conduct at least one progress review during the appraisal period for each employee;

5. Prepare interim ratings when required;

6. Take action to obtain and consider interim ratings when developing ratings of record;

7. Recommend ratings to and discuss them with Approving Officials. Complete appraisals and meet with employees to discuss and provide ratings; and

8. Ensure that completed ratings are properly forwarded for entry into the EPF.

C. Approving Officials (generally, second level supervisors) will:

1. Provide guidance and assistance to subordinate Rating Officials regarding the performance appraisal program;

2. Review and approve performance plans that their subordinate Rating Officials have prepared;

3. Approve ratings of record; and

4. Assess subordinate Rating Officials' performance in executing the performance management program.

D. Assistant Inspectors General and Counsel will:

1. Manage the performance appraisal program and periodically evaluate its effectiveness within their respective organizations;

2. Establish specific performance standards by position and grade for use throughout their respective organizations; and

3. Approve program/mission objectives under Element 1 of the Supervisor Performance Plan.

E. Office of Management and Policy, Human Resources Division, or its service provider, when one exists will:

1. Periodically Analyze and evaluate the effectiveness of the performance appraisal program and recommend modifications, as needed;

2. Develop supervisory training on performance appraisal, if needed;

3. Oversee the maintenance of EPFs and the input of ratings into the personnel data system; and

4. Oversee the provision of day-to-day guidance to supervisors and employees on the performance appraisal program.

## 1-6. *Performance Planning*

A. Generals Provisions

1. The Rating and Approving Officials, using AIG or Counsel approved job-specific performance standards, will develop performance plans for non-supervisory employees using the generic performance elements listed in paragraph 1-6.B.2. below.

2. In the same way, the program/mission objectives and performance standards for supervisory positions will be developed for the performance elements listed in paragraph 1-6.C.2. below. Supervisory or manager positions are those titled or described in that way in the position description. Performance standards may be specifically developed for application to persons occupying positions not formally designated as supervisory but, for example, with responsibility for leading satellite offices or serving as an AIC.

3. Rating and Approving Officials will complete *Part I of HUD-OIG Form 430a* and *Part IIa* or *IIb* as appropriate, and sign and date the performance plan in *Part II* to indicate its approval. The employee will sign and date the plan to indicate its receipt. Generally, this should be done within 30 days of the start of an appraisal period.

4. At the beginning of an appraisal period, the Rating Official and employee should meet to discuss expectations for performance for each critical element. When the Rating Official and employee are co-located, a face-to-face meeting is required. Rating and Approving Officials may recommend revisions or develop proposals for performance standards as changes are necessary or new positions are created. The Rating Official's expectations for employee performance must be reasonable, realistic, and attainable. Standards are to be applied in such a manner that an employee may achieve a Successful rating without an "absolute or perfect" level of performance.

5. If, during the appraisal period, performance standards are revised, new standards created, or the program/mission objectives (critical element 1 in the Supervisor Plan) redefined, concurrence of the Approving Official and AIG or Counsel, as appropriate, must be obtained for such changes. Then the Rating Official and employee must sign/annotate such change(s) on the performance plan.

6. If an employee is reassigned, promoted, demoted, etc., to a new position during the appraisal period, a new performance plan must be developed, normally within 30 days. If the employee has been in the previous position for at least 90 days under a performance plan, an interim rating covering that period should be prepared.

7. Major Events Within the Appraisal Period

| Action Taken | When |
|---|---|
| Establish performance plan | Normally by March 1 annually, or within 30 days after an employee enters the work unit or moves into a new position (by reassignment, promotion, demotion, etc.). |
| Conduct progress reviews | At least once, generally midway through the appraisal period. |
| Prepare interim rating(s) for:<br><br>(a)  An employee<br><br><br><br>(b)  All employees in work unit | (a) Who has spent 90 or more days in a position with a performance plan, and changes position, returns from detail or temporary promotion, or transfers to another agency.  The losing supervisor prepares the interim rating.<br><br>(b) Whenever a rating official leaves a work unit after having supervised employees for 90 or more days on an approved performance plan during the appraisal period. |
| Prepare delayed rating | When an employee has <u>not</u> been on an approved performance plan for 90 days and no prior interim rating is appropriate or available on which to base a rating of record.  When the employee was hired by OIG during the appraisal period, has an approved performance plan, but has <u>not worked</u> under the plan for at least 90 days. |
| Prepare rating of record | Normally by March 1 annually (unless extended as above) with consideration of any interim ratings made during the period.  Also when supporting a WGI decision where the current rating is inconsistent with the decision, or documenting unacceptable performance. |

B.    <u>Employee Performance Plan</u>

1.   The Employee Performance Plan consists of three generic critical elements.  Collectively, they cover the wide range of work activities and responsibilities of OIG employees.  No additional elements are permitted.

2.   Critical Elements

a.   Critical Element 1 - Job Knowledge and Technical Skills.

b.   Critical Element 2 - Application of Job Knowledge and Technical Skills.

c.   Critical Element 3 - Working with Others.

3. Specific performance standards are developed for each position to emphasize desired results. The AIGs and Counsel establish and approve employee performance standards for positions in their respective organizations.

C. Supervisor Performance Plan.

1. The Supervisor Performance Plan consists of three generic critical elements. The first is a statement of program/mission objectives tailored to be specific to the individual responsibilities of the position. The second and third critical elements are standardized and do not change.

2. Critical Elements

a. Critical Element 1. Program/Mission Objectives

(i) The Rating Official must identify specific program and mission objectives for which accomplishments are expected during the appraisal period. This will enable managers to link the performance plan with OIG annual or special priorities and major operational initiatives, as well as incorporate local organizational goals.

(ii) Suggested standard: Appropriate progress and substantial completion of objectives must be shown during the appraisal period.

b. Critical Element 2 - Business Practices.

c. Critical Element 3 - Leadership/Management Practices.

3. Specific performance standards are developed for each position to emphasize desired results. The AIGs and Counsel establish and approve supervisory program/mission objectives and performance standards for positions in their respective organizations.

## 1-7. *Monitoring Performance*

A. Ongoing communication throughout the appraisal period between the Rating Official and employee about the employee's performance is strongly encouraged. Rating Officials and employees mutually share responsibility for initiating communication about actual performance. If a Rating Official observes performance deficiencies, which could lead to an unacceptable rating for an employee, the Rating Official should counsel the employee regarding the specific issues and provide appropriate assistance and guidance to improve the performance.

B. Rating Officials must hold at least one progress review with employees during the appraisal period, approximately mid-way through the cycle. When the Rating Official and employee are

co-located, a face-to-face meeting is required. The progress review will be documented on *Part III of HUD-OIG Form 430a.*

C.  Rating Officials must be alert to and take action on those occasions when promotion, temporary promotion, detail, or position changes require an interim rating. (See Section 2, paragraph 4).

D.  Dealing with unacceptable performance.

1.  Employees whose performance is found to be unacceptable in one or more critical elements at any time during the appraisal period must be notified in writing and placed on an performance improvement period (PIP) of at least 30 days. Supervisors should immediately consult with their servicing personnel specialist to ensure that appropriate notification with specific instructions and requirements are provided to the employee.

2.  Employees who improve their performance to the successful level during the PIP must sustain successful performance in those critical element(s) for one year from the beginning of the PIP. If, within that one year, the employee's performance again falls to the unacceptable level on the same critical element(s), a performance-based adverse action may be initiated without the benefit of an additional PIP.

3.  Employees whose performance is determined to be unacceptable at the conclusion of the PIP must be reassigned, reduced in grade, or removed.

E.  Appendix 2, *"Supervisor Discussion Guide (Optional)"* contains guidance that supervisors may wish to use at any time during the appraisal period when meeting with employees to talk about performance.

## *1-8.  Appraising Performance*

A.  The minimum period during which an employee must operate under a performance plan to receive a performance rating is 90 calendar days.

B.  Using *HUD-OIG Form 430a,* Rating Officials will provide employees a rating of record generally within 30 days after the end of the appraisal period. Ratings should be based on an evaluation of an employee's actual performance; assumed or carry-over ratings are not permitted.

C.  Rating Officials will prepare recommended ratings of record (employees may provide information regarding their accomplishments for consideration by the Rating Officials in *Part IV a of HUD-OIG Form 430a*), obtain the Approving Official's approval of the ratings, discuss the ratings with employees, and provide the employees with a copy of their rating. When a Rating Official and employee are co-located, a face-to-face meeting is required to discuss the employee's rating. The employee's signature does not indicate agreement with the rating and the rating is official even if the employee does not sign it. The Rating Official, in such a

situation, should annotate the signature block on *Page 1, Part V of HUD-OIG Form 430a,* with "Employee Refuses to Sign."

D. Ratings are not to be communicated to employees until the Approving Official has approved the rating.

E. If all critical elements are rated successful, the summary level assigned is successful. If one or more critical element is rated unacceptable, the summary level assigned is unacceptable.

F. Rating Officials will prepare a narrative summary in *Part V a. of HUD-OIG Form 430a,* to provide employees feedback on the quality of their performance. The narrative summary should briefly describe the employee's performance as compared against his or her performance standards. Constructive wording to cite accomplishments and suggest improvements should be used. Written appraisals should be thorough, factual, and honest, but Rating Officials should be careful to consider the effect on employees of inappropriately worded comments. Written Appraisals should not be a list of completed tasks, but descriptive statements of performance, including indications of exceeded and failed expectations. Written appraisals should include no "surprises," as feedback to an employee has its most significant impact immediately after a specific behavior has occurred.

G. Performance may be determined to be at the unacceptable level when performance falls below successful, even though standards are not established at the unacceptable level.

H. If more than one Rating Official has rated an employee during the appraisal period, the supervisor of record at the end of that period, no matter how long assigned as a supervisor, shall provide a single, integrated rating of record for the employee, taking into account previous interim ratings. If there is no supervisor of record, the second-level supervisor shall prepare the rating of record. Reasoned judgment should be applied in considering interim ratings. Rating Officials should take into account the similarity of duties, the grade of the interim position, and the amount of time spent in a position.

I. The performance rating of a disabled veteran may not be lowered because the veteran has been absent from work to seek medical treatment as provided in Executive Order 5396.

J. Forced distribution of performance ratings is prohibited.

### 1-9.  *Interim and Delayed Ratings.*

A. <u>When to Assign an Interim Rating</u>

    1. <u>Employee Changes Position Within OIG</u>. When an employee changes positions within OIG after having been on a performance plan for at least 90 days, the Rating Official within the losing organization will prepare an interim rating, share it with the employee, and forward it to the gaining OIG organization.

2. <u>Employee is Detailed or Temporarily Promoted.</u>  When an employee has been detailed or temporarily promoted within OIG for at least 90 days, the temporary Rating Official will prepare an interim rating of the employee's performance in the temporary position at the conclusion of the detail or temporary promotion.  This interim rating will be shared with the employee and forwarded to the supervisor of record for consideration at the end of the annual appraisal period.  For employees temporarily assigned outside OIG for at least 90 days, the Rating Official should make every effort to obtain similar information about the employees' performance.

3. <u>Employee Transfers to Another Agency.</u>  When an employee who is transferring to another agency has been under a performance plan at OIG for at least 90 days, the Rating Official will prepare an interim rating.  The rating will be shared with the departing employee.

4. <u>Rating Official Leaves or Changes Positions.</u>  When a Rating Official who has supervised an employee for at least 90 days leaves the OIG or changes position within the OIG, he or she will prepare an interim rating for that employee.  The rating will be shared with the employee and forwarded to the next higher-level management official who will provide it to the incoming Rating Official.

B.  <u>When To Provide a Delayed Rating</u>

1. <u>Employee Has Not Been On a Performance Plan for the Minimum Appraisal Period</u>

   a.  If the employee has not been under a performance plan for 90 days due to position change, the Rating Official should review any interim rating(s) that the employee may have received during the appraisal period.  If an interim rating is consistent with the Rating Official's assessment of the employee's actual performance, the Rating Official may annotate it as the final rating of record.  Approving Official and employee signatures should be obtained.  If no previous interim rating is considered appropriate, the Rating Official may extend the appraisal period for the amount of time necessary to meet the 90-day requirement, at which time a rating of record will be prepared.

   b.  If the employee is a recent hire to OIG or if no interim appraisal(s) is/are available for consideration, the Rating Official must extend the appraisal period for the amount of time necessary to meet the 90-day requirement, at which time a rating of record will be prepared.

2. <u>Employee Serving an Performance Improvement Period (PIP).</u>  Employees who are on a PIP at the end of the appraisal period will have their ratings of record delayed until the PIP ends.

## 1-10  *Rewarding Performance*

A.  An employee must receive a rating of record of successful to be eligible for a promotion, a WGI, or award (including a quality step increase when approved by the Deputy Inspector

General).  Performance ratings may also affect the employee's selection for training opportunities and will help determine service credit in the event of a reduction in force.

B.  Performance awards that are solely based on an employee's rating of record are not authorized in connection with this appraisal program.  Employees may be rewarded at appropriate times for their efforts and accomplishments as individuals or as group or team members with other forms of monetary and non-monetary recognition under the Manual Chapter, 1451, OIG Awards and Recognition Program.

C.  <u>Within Grade Increase</u>

1.  <u>Eligibility</u>.  Under the provisions of 5 C.F.R. 531, an employee paid below the top step of the grade shall earn advancement in pay to that grade's next higher step.  To earn advancement, the employee must:

   a.  Perform at an acceptable level of competence (i.e., meet the successful level of performance);

   b.  Complete the required waiting period for advancement to the next higher step of the grade; and

   c.  Have not received an equivalent increase during the waiting period.

2.  <u>Waiver of WGI Determination</u>.  An acceptable level of competence determination shall be waived and a WGI granted when an employee has not served in any position for 90 days during the final 52 calendar weeks of the waiting period due to reasons such as creditable service absences, paid leave, receipt of service credit under back pay provisions, detail to another agency for which no rating was prepared, or long-term training.

3.  <u>Denying a WGI</u>.  A WGI must be denied when an employee's performance is not at the successful level.

   a.  When a WGI is due and the employee's performance is not at the successful level **and** the current rating of record is below the successful level, the Rating Official can deny the WGI on that basis.

   b.  When a WGI is due and the employee's performance is not at the successful level **and** the current rating of record is successful, the Rating Official must prepare a rating reflecting the unacceptable level before the WGI can be denied.

   c.  When the current rating of record is below the successful level and the employee's performance has improved to the successful level, the Rating Official must prepare a rating reflecting the successful level in order to grant the WGI.

4. <u>Procedure for WGI Denial</u>. The Rating Official must provide the employee a written notice of WGI denial as soon as possible (normally within 30 days after the WGI due date). The notice must state the reasons for the denial, how the employee must improve in order to be granted the WGI, and the employee's right to request reconsideration (by the next higher level of supervision) of the decision to deny the WGI. The notice must also include the following:

   a. The 15 day opportunity for filing a request for reconsideration, including when extensions may be granted;

   b. The right to a reasonable amount of official time, up to 8 hours at the worksite, to prepare a response to the WGI denial;

   c. The right to obtain a personal representative. The OIG may disallow as an employee's representative an individual whose activities as a representative would cause a conflict of interest or position, or whose release from official duties and responsibilities would give rise to unreasonable costs to the government. An OIG employee designated (and not disallowed) as a personal representative is also entitled to use up to 8 hours of official time to assist in preparing a response to the WGI denial;

   d. The name of the Reconsideration Official to whom the request is to be directed; and

   e. A provision that the employee must give reasons why the WGI denial should be reconsidered.

5. <u>The Reconsideration Determination</u>. The Reconsideration Official shall prepare a reconsideration file containing all pertinent documents relating to the WGI denial, a copy of the request for reconsideration, a copy of the notice denying the WGI, a written summary of any personal presentation by the employee or representative, any report of investigation or review of the denial, and any other relevant documentation. The Reconsideration Official will issue a written decision, normally within 30 days of receipt of the reconsideration request. If the Reconsideration Official sustains the WGI denial, the written decision will inform the employee of the reasons(s) for the determination, and of the right to appeal the decision to the Merit Systems Protection Board.

6. <u>Delaying the Decision to Grant or Deny a WGI</u>. A Rating Official must delay deciding whether to grant a WGI only under the following circumstances:

   a. An employee has not had at least 90 days to demonstrate a successful level of performance because he or she has not been informed of the specific requirements for performance in the current position and has not been given a performance rating in any position within 90 days before the waiting period ends; or

   b. Due to unacceptable performance, an employee is reduced in grade to a position where he or she is eligible for a WGI or will become eligible for one within 90 days.

7. <u>Continuing Evaluation After Withholding a WGI</u>.  A Rating Official who withholds a WGI will initiate a OIP if one is not already in place.  Once the employee is placed on an OIP, the Rating Official may prepare a new rating of record for the employee and grant the WGI if it is determined that the employee has demonstrated sustained acceptable performance for at least 30 days.  The Rating Official must determine whether an employee's performance is acceptable within 52 weeks after the WGI original eligibility date.

**1-11.**  *Grievances.*  Where possible, the employee and Rating Official should informally try to resolve disagreements about ratings.  When this does not lead to resolution, the employee has a right to file a grievance in accordance with the OIG Manual Chapter 1771, Administrative Grievance System.

**1-12.**  *Records Maintenance.*  Original ratings of record are maintained in Employee Personnel Files.

**Appendix A**

### U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
### OFFICE OF INSPECTOR GENERAL
### PERFORMANCE PLAN AND APPRAISAL FORM
### HUD OIG FORM 430a

**Part I. IDENTIFYING INFORMATION**

| Employee Name | Social Security Number | Appraisal Period | |
|---|---|---|---|
| | | From | To |

| Title, Series, and Grade | Organization Unit and Location |
|---|---|
| | |

**Part II. PERFORMANCE PLAN   (Complete Part II a. or Part II b. on the following pages)**

**Instructions to Supervisor (Rating Official):** Prepare the performance plan, allowing the employee to provide input. Complete Part II a. or II b. on the following pages. Sign and forward the completed performance plan to the second level supervisor (Approving Official) for approval and signature. Discuss the performance plan with employee. Clarify performance standards and identify tasks and projects to be completed during the appraisal period. Have the employee sign the performance plan and provide him or her with a copy. Maintain the original to document progress review and final ratings.

| Rating Official Signature | Date |
|---|---|
| | |
| Approving Official Signature | Date |
| | |
| Employee Signature (Certifies Performance Plan has been discussed.) | Date of Discussion |

**Part III. PROGRESS REVIEW**

**Instructions to Supervisor (Rating Official):** A minimum of one progress review is required mid-way through the appraisal period. The purpose of this review is to provide two-way communication between the supervisor and employee, concerning the employee's performance as measured against the standards, and to review the performance plan and indicate areas where greater attention is needed.

Rating Official Signature/Date_____

Employee Signature/Date_____

**Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)**

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IV a.

**Part V. RATING (CHECK TYPE OF RATING)**      ☐ Annual Rating      ☐ Interim Rating

☐      Successful        All elements rated successful.

☐      Unacceptable        One element rated unacceptable results in a final rating of unacceptable.

Supervisors must provide written comments on employee performance in Part V a.

| Rating Official Signature | Date |
|---|---|
| | |
| Approving Official Signature | Date |
| | |
| Employee Signature (I have reviewed the completed | Date of Discussion |

Appendix A

| document and it has been discussed with me. My signature does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) | |

## INSTRUCTIONS FOR RATING OFFICIALS ON USING HUD-OIG FORM 430a

1. **Beginning of the Appraisal Rating Period.**

   a. Prepare the performance plan, allowing the employee to provide input.

   b. Using AIG approved performance standards, complete Part II a. or II b., as appropriate, on the following pages.

   c. Sign and forward the completed performance plan to the second level supervisor (Approving Official) for approval and signature.

   d. Discuss the performance plan with employee. Clarify performance standards and identify tasks and projects that the employee is to complete during the appraisal period.

   e. Have the employee sign the performance plan and provide him or her with a copy. Maintain the original to document progress review and final ratings.

   f. Protect the privacy of the employee by keeping the performance appraisal plan in a secure place.

2. **Progress Reviews.** One documented progress review is required mid-way through the appraisal period to discuss performance and any areas of special emphasis. *Part III* of the form must be used to document completion of the progress review.

3. **The End of the Appraisal Rating Period.**

   a. Provide the employee an opportunity to submit his or her accomplishments as input to the final rating. The employee can decide if his or her input will be added in *Part IVa.*

   b. In *Part II a.* or *II b,*. check the appropriate rating (Successful or Unacceptable) as measured against the performance standard for each applicable element.

   c. In *Part V,* check both "Annual Rating" as the type of rating and the appropriate summary rating (Successful or Unacceptable). If all critical elements are rated successful, the summary rating is successful. If one or more critical element is rated unacceptable, the summary rating is unacceptable.

   d. Written comments about outcomes and results achieved by the employee, along with suggested improvements, if any, must be provided in *Part V a.*

   e. Sign the performance appraisal form as the Rating Official and forward to the Approving Official for signature in the designated boxes in *Part V.* The Approving Official's approval and signature must be obtained before discussing the rating of record with the employee.

   f. When practical, meet face-to-face with the employee to discuss his or her performance. Ask the employee to sign Part V., "Rating," of the form. Remember that an employee's signature does not mean that he or she agrees with the rating. Provide a copy of the appraisal form to the

Performance Appraisal Program

**Appendix A**

employee.  Submit the original appraisal form to the Human Resources Division, or its service provider, when one exists, to maintain in the Employee Performance File.

**HUD OIG Form 430a**
**Part II a. Employee Performance Plan**

| Elements: | Rating | | |
|---|---|---|---|
| | | <u>Successful</u> | Unacceptable |
| 1.  Job Knowledge and Technical Skills ☐ | | | ☐ |
| 2.  Application of Job Knowledge and Technical Skills ☐ | | | ☐ |
| 3.  Working with Others ☐ | | | ☐ |

| Standards for Employee Elements 1, 2, and 3 must be entered here, or attached. |
|---|
| |

Performance Appraisal Program

**Appendix A**

**HUD OIG Form 430a**
**Part II b. Supervisor Performance Plan**

| Elements: | Rating |
|---|---|

| | Successful | Unacceptable |
|---|---|---|
| 1.  Program/Mission Objectives  (as shown below)  ☐ | | ☐ |
| 2.  Business Practices  ☐ | | ☐ |
| 3.  Leadership/Management Practices  ☐ | | ☐ |

Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here, or attached.

**Element 1. Program/Mission Objectives**  Identify program and mission objectives in which accomplishments are expected during the appraisal period.  Link the objectives with OIG annual or special priorities and major operational initiatives.  Local organizational goals are included, as appropriate.  Suggested standard for Element 1: Appropriate progress and substantial completion of objectives must be shown during the appraisal period.

Performance Appraisal Program

**Appendix A**

---

**Part IV a.  EMPLOYEE INPUT FOR PERFORMANCE RATING (Optional)**
Employees are encouraged to list their accomplishments during the appraisal period as input to their final rating.

---

**Part V a.  SUPERVISORY NARRATIVE SUMMARY OF THE EMPLOYEE'S PERFORMANCE (Mandatory)**
Supervisors will provide qualitative information about performance.

---

Performance Appraisal Program

**Appendix B**

## SUPERVISOR DISCUSSION GUIDE (OPTIONAL)

This guide may be used at any time during the appraisal period to discuss performance issues with an employee. The purpose is to provide significant points for performance discussions including areas where the employee is particularly effective, or areas in which additional attention is necessary.

| |
|---|
| **Adaptability** - Consider ability to adjust and respond to changes in organization, direction, assignments and priorities. |
| **Attendance and Punctuality** - Consider reliability, dependability, tardiness and absenteeism. |
| **Communications** - Consider written and oral skills with respect to subordinates, peers, supervisors, and outside contacts. Shows sensitivity for people and topics. |
| **Customer Service** - Consider ability to carry out the OIG mission through team work approaches and provide timely and quality service to internal and external customers. |
| **Health and Safety** - Consider adherence to procedures and practices which maintain a safe work environment. |
| **Initiative and Originality** - Consider motivation toward seeking increased responsibility, follow-through on projects begun, ingenuity, self-reliance, and independent action. |
| **Integrity** - Consider honesty, ethical behavior and attitude towards work, and outside contacts. |
| **Judgment** - Consider ability to solve problems without discussing every detail with supervisor and arrive at sound reasonable decisions and job results. |
| **Knowledge of Job** - Consider understanding of job methods and procedures, and possession of necessary skills and technical competence. |
| **Leadership** - Consider ability to plan, delegate, motivate and train others. |
| **Planning and Organizing** - Consider ability to prioritize projects, plan for contingencies, and meet deadlines. |
| **Teamwork** - Consider partnership qualities, enthusiasm, conduct, willingness to help others, cooperativeness, and desire to do the best job possible. |
| **Thoroughness** - Consider accuracy, attention to detail, dependability of results, and fulfillment of accepted business practices and OIG standards. |
| **Other** - |