UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD            )<br>                                           )<br>        Plaintiff,                    )<br>                                           )    Case No. 06CV00756 (GK)<br>    v.                                    )<br>                                           )<br>ALPHONSO R. JACKSON,      )<br>Secretary, U.S. Department of )<br>Housing and Urban Development, )<br>                                           )<br>        Defendant.                  ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of defendant's motion for summary judgment. In support of this request, the defendant states as follows:

1. The defendant's reply is due to be filed on August 16, 2007.

2. Currently, the undersigned Assistant is preparing for trial in Reese v. Potter, 03cv1987, which will begin on August 13, 2007. The trial will likely last through much of next week. Further, the undersigned has a dispositive motion due on August 20, 2007, in Holly v. Christensen, et al., 07cv729. Additionally, the undersigned has a dispositive motion due on September 4, 2007, in a class action lawsuit, Mathis v. GEO Group, et al., 07cv1155. Lastly, the undersigned has a motion for summary judgment due on September 7, 2007, in Hsieh v. Consolidated Engineering Services, Inc., 06cv1218.

3.  The defendant contacted plaintiff's counsel, pursuant to LCvR 7(m), to request consent to a thirty-day extension of time. Plaintiff's counsel, Molly Buie, consents to a three-week extension of time, with the understanding that defendant may require an additional brief extension of time.

Wherefore the defendant requests until September 6, 2007, to file a reply. A proposed Order accompanies this motion.

Respectfully submitted,

_/s/_
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_/s/_
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338