UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. MICHAEL BEARD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 06CV00756 (GK) |
| v. ) | |
| ) | |
| **ALPHONSO R. JACKSON,** ) | |
| Secretary, U.S. Department of ) | |
| **Housing and Urban Development,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is GRANTED.  It is further

ORDERED, that Defendant will have until September 6, 2007, to file a reply in support of its motion for summary judgment.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Robert C. Seldon, Esq.
Molly E. Buie, Esq.
1319 F Street, N.W. Suite 305
Washington, D.C.  20004

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530