UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD )<br>)<br>  Plaintiff, )<br>) Case No. 06CV00756 (GK)<br>v. )<br>)<br>ALPHONSO R. JACKSON, )<br>Secretary, U.S. Department of )<br>Housing and Urban Development, )<br>)<br>  Defendant. ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of defendant's motion for summary judgment. In support of this request, the defendant states as follows:

1. The defendant's reply is due to be filed on September 6, 2007.

2. The defendant previously filed one consent motion for an enlargement of time, wherein defendant anticipated that it may require one more brief extension.

3. Since filing the last motion, the undersigned Assistant prepared for and tried <u>Reese v. Potter</u>, 03cv1987, which will began on August 13 and concluded on August 16. Further, the undersigned has a motion for summary judgment due on September 7, 2007, in <u>Hsieh v. Consolidated Engineering Services, Inc.</u>, 06cv1218. Lastly, both agency counsel and the undersigned had committed leave out of the jurisdiction.

4. The defendant contacted plaintiff's counsel, pursuant to LCvR 7(m), to request

consent for a two-week extension of time. Plaintiff's counsel, Molly Buie, consents to this motion. The defendant does not anticipate the need to request any additional extensions.

Wherefore the defendant requests until September 20, 2007, to file a reply. A proposed Order accompanies this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR,  DC Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338