UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. MICHAEL BEARD,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) C.A. No. 06-0756 (GK) |
|    v. | ) |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Strike and Motion for Leave to File Sur-Reply in Support of Plaintiff's Opposition to Summary Judgment and, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Clerk is directed to strike Defendant's Reply to Plaintiff's Statement of Purported Genuine Issues.

FURTHER ORDERED that the Clerk of the Court is directed to file the Sur-Reply in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment that was lodged with Plaintiff's Motion.

      Dated this _____ day of _____, 2007.

 

_____
UNITED STATES DISTRICT JUDGE