1

```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3

 4  - - - - - - - - - - - - - - - x

 5  D. MICHAEL BEARD,             :

 6              Plaintiff,        :

 7  vs.                           : Case No. 1:06CV00756

 8  ALPHONSO R. JACKSON,          :

 9  SECRETARY OF HOUSING AND      :

10  URBAN DEVELOPMENT,            :

11              Defendant.        :

12  - - - - - - - - - - - - - - - x

13                                  Washington, D.C.

14                                  Friday, January 19, 2007

15

16

17

18  Deposition of:

19                    MICHAEL BEARD,

20  the Plaintiff, called for examination by counsel for

21  Defendant, pursuant to notice and agreement as to time and

22  place, at 501 Third Street, N.W., Washington, D.C., before

23  Deborah Rinaldo, a Notary Public in and for the District of

24  Columbia.

25
```

1    Q.   Were you aware that he was also born in 1949 like
2  yourself?
3    A.   Yes.  He and I are friends.
4    Q.   What is your basis or evidence that these men
5  discriminated against you because of your age?
6    A.   What they did on January 5th to an individual that's
7  being screened annually to see if a cancer is going to recur
8  is order him on a Wednesday to report on a Monday, take away
9  his life --
10         (A recess was taken.)
11         THE WITNESS:  Their obvious intent was to get me to
12  retire, to leave a career that I had built.
13         BY MS. MELNIK:
14    Q.   What's your basis for believing that that directed
15  reassignment was based on your age?
16    A.   I was eligible to retire.
17    Q.   Anything else?
18    A.   Yes.  Their desire to get rid of me.
19    Q.   If you can turn to page 16, count III, and this is
20  now Retaliation Under the Age Discrimination and Employment
21  Act, ADEA.
22    A.   Okay.
23    Q.   And I guess my only question here is, are you
24  alleging any different facts from those that you've explained
25  with respect to count I, Retaliation, and count II, ADEA?  Is