MGB Reporting, Inc.

Page 1

```
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA

_____
D. MICHAEL BEARD,              :
17 Rubins Walk                 :
Fredericksburg, VA  22405,     :
                               :
         Plaintiff             : C.A. No. 06-0756 (GK)
                               :
         v.                    :
                               :
ALPHONSO R. JACKSON,           :
Secretary of Housing and       :
Urban Development,             :
451 Seventh Street, S.W.       :
Washington, D.C.  20410,       :
                               :
         Defendant             :
```

Wednesday, February 14, 2007

The discovery deposition of JAMES ALAN HEIST, a witness called for examination by counsel for the plaintiff, at the Offices of Robert C. Seldon & Associates, 1319 F Street NW, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and notary public in and for the District of Columbia, commencing at 9:30 a.m., when were present on behalf of the respective parties:

9805 Korman Court, Potomac, MD 20854
301-983-9315 ~ www.mgbreporting.com

 1     A    No.

 2     Q    Do you recall briefing Mr. Stephens on the fact
 3  that Mr. Beard would be reassigned to a duty station in
 4  Washington, DC?

 5     A    To the best of my recollection, there were
 6  conversations with Mr. Stephens about reassigning him.

 7     Q    I guess I was asking about a duty station in
 8  Washington, DC.

 9     A    Yes.

10     Q    When did those take place?

11     A    I don't recall specific dates.  It would have
12  been before, again in December.

13     Q    Did they take place contemporaneously with the
14  decision to reassign Mr. Beard?

15     A    To the best of my recollection, yes.

16     Q    What communication -- I'm not sure I asked you
17  this already or not.  What communication, if any, did you
18  and Mr. Phelps or Mr. Stephens have with either the EPD
19  or OIG HR group about reassigning Mr. Beard after making
20  the decision to reassign him?

21     A    I don't recall any specific discussions.

22     Q    This notice -- I'm sorry, this memorandum dated

1   January 5th, 2005, reassigned -- gave Mr. Beard the

2   directive to reassign, did you draft it?

3       A   Yes, I did.  I used a prior directive

4   reassignment memo that we had developed when Mimi Lee was

5   reassigned from San Francisco to Los Angeles.

6       Q   Did anyone else assist you in drafting this

7   memorandum?

8       A   When you say this memorandum?

9       Q   I'm sorry.  The one reassigning Mr. Beard dated

10  January 5th, 2005.

11      A   No.  Not directly.

12      Q   How about indirectly?

13      A   Indirectly I was, I had sought the advice of our

14  HR group in drafting the memorandum to Mimi Lee, which

15  mostly lays out rights, should she decide to decline the

16  directive reassignment.  We had developed a similar

17  letter for Mimi Lee, i.e, that I had sought advice from

18  the HR group and OMAP, I believe, was Beverly Polan at

19  the time, and used that in drafting the memorandum to

20  Mr. Beard.  So indirectly I sought advice for a prior

21  case that I applied to this situation.

22      Q   As the model.  I appreciate that.