UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) C.A. No. 06-0756 (GK) |
|     v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ERRATA TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff's Opposition to defendant's Motion for Summary Judgment demonstrated that Saundra Elion, the only head of an OIG Audit Division or Region who engaged in protected EEO activity besides Mr. Beard, had her Division abolished, had "her supervisory duties removed," and found herself "forcibly reassigned" by the same management officials who discriminated and retaliated against Mr. Beard. Pl. Opp. at 30. Like Mr. Beard, Ms. Elion also instituted suit to challenge defendant's unlawful employment actions. Elion v. Jackson, Civ. Action No. 05-0992 (PLF). On September 27, 2007, the Hon. Paul L. Friedman denied HUD OIG's motion for summary judgment in Ms. Elion's case, sending it to trial. In plaintiff's opinion, Judge Friedman's decision in Elion is highly relevant to the Court's disposition of defendant's dispositive motion in this case. A copy has been attached here, for the convenience of the Court. Att. A.[1]

---

[1] Although Judge Friedman's Order was not accompanied by a separate Memorandum Opinion, the OIG managers who acted unlawfully against Ms. Elion and

1

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

/s/
_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff

---

Mr. Beard were identical, as can be ascertained from the parties' submissions on summary judgment, ECF Nos. 33, 37, 39.

# **<u>ATTACHMENT A</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
SAUNDRA G. ELION,                     )
                                      )
    Plaintiff,                        )
                                      )
  v.                                  )  Civil Action No. 05-992 (PLF)
                                      )
ALPHONSO R. JACKSON,                  )
  Secretary of U.S. Department of    )
  Housing and Urban Development,     )
                                      )
    Defendant.                        )
_____)

ORDER

       Upon consideration of defendant's motion for summary judgment, plaintiff's opposition, and defendant's reply, the Court finds that there are genuine issues of material fact in dispute and that defendant is not entitled to judgment as a matter of law. This is a case that must either be tried or settled. Accordingly, it is hereby

       ORDERED that defendant's motion for summary judgment [33] is DENIED; and it is

       FURTHER ORDERED that a status conference is scheduled for November 9, 2007 at 9:15 a.m. The parties should be prepared to discuss how they intend to proceed with this case, and to address the possibility of settlement with the assistance of either the Court's Alternative Dispute Resolution program, a magistrate judge, or through private mediation, and if not, how and on what schedule they propose to proceed with pretrial and trial matters.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2007