UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. MICHAEL BEARD,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) C.A. No. 06-0756 (GK) |
|    v. | ) |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
|   Secretary of Housing and | ) |
|   Urban Development, | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |

## PRECIPAE

The Clerk of the Court will kindly note the changes in the suite and telephone numbers of plaintiff's counsel reflected below, effective December 1, 2007. In all other respects, the information concerning plaintiff's counsel already on file in this case remains unchanged.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff