UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-0756 (GK) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE

On April 10, 2008, the Hon. Paul L. Friedman entered judgment in favor of plaintiff, Saundra G. Elion, in the case of Elion v. Jackson, Civ. Action No. 05-0992 (PLF) after a jury found in her favor on her claims of race discrimination, sex discrimination, and reprisal. Ms. Elion's case involved the same HUD OIG management officials who are accused of age discrimination and reprisal in this case.

Mr. Beard and Ms. Elion are the only two heads of OIG Audit Divisions or Regions who engaged in protected EEO activity. Both were subsequently reassigned to non-supervisory Special Assistant positions in Headquarters. In plaintiff's opinion, the jury's decision in Elion is highly relevant to the Court's disposition of defendant's dispositive motion in this case. Copies of the judgment and verdict form have been attached here for the convenience of the Court. Att. A.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


/s/
_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff

2

# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAUNDRA G. ELION, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-0992 (PLF)
)
ALPHONSO R. JACKSON, )
  Secretary of Housing and )
  Urban Development, )
)
Defendant. )

## VERDICT FORM

1. Has plaintiff proven by a preponderance of the evidence that defendant discriminated against plaintiff because of her race (African American) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit?

   __X__ YES                                     ____ NO

2. Has plaintiff proven by a preponderance of the evidence that defendant discriminated against plaintiff because of her sex (female) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit?

   __X__ YES                                     ____ NO

3. Has plaintiff proven by a preponderance of the evidence that defendant retaliated against plaintiff because of her protected EEO activity (use of the HUD OIG discrimination complaints process) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit?

__X__ YES       ____ NO

If you answered "YES" to any of the preceding questions, then proceed to Question No. 4.

If you answered "NO" to all of them, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

4. If you answered "YES" to Questions 1, 2 and/or 3, how much do you award plaintiff in damages?

$ __488,500__

After you answer Question No. 4, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

__4/10/08__                                   __[signature]__
Date                                           Signature of Foreperson

2

Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAUNDRA G. ELION

Plaintiff(s)

Civil Action No.   05-0992 (PLF)

V.

ALPHONSO R. JACKSON, Secretary of
Housing and Urban Development

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable

Paul L. Friedman, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

Saundra G. Elion

have and recover of and from the defendant(s):

Alphonso R. Jackson, Secretary of Housing and Urban Development

the sum of $300,000.00 together with costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: April 10, 2008   By: _Michelle Moor_
Deputy Clerk